# APPENDIX F

# Davis Wright Tremaine LLP

RONALD G. LONDON
DIRECT (202) 508-6635
ronnielondon@dwt.com

SUITE 450
1500 K STREET NW
WASHINGTON, D.C. 20005-1262

TEL (202) 508-6600
FAX (202) 508-6699
www.dwt.com

February 21, 2006

*VIA FACSIMILE* - (202) 482-2552
*and EMAIL* – FOIAAppeals@doc.gov

Assistant General Counsel for Administration
United States Department of Commerce
1401 Constitution Avenue, N.W., Room 5898-C
Washington, DC  20230

    Re:   **CRRIF 06-127**
           **Freedom of Information Act Appeal**

Dear Sir or Madam:

        Pursuant to the Freedom of Information Act, 5 U.S.C. § 552, as amended ("FOIA"), your agency's implementing regulations and policies, including but not limited to 15 C.F.R. § 4.10, and the National Telecommunications and Information Administration's ("NTIA") letter of January 19, 2006 responding to the above-referenced FOIA request, ICM Registry, LLC ("ICM Registry"), by counsel, hereby submits its appeal of agency action in response to its FOIA request. A copy of the FOIA request and the NTIA response are attached as Exhibits 1 and 2.

        ICM Registry filed FOIA request CRRIF 06-127 on December 2, 2005 to ask that the Department of Commerce and any Bureau or component thereof, including but not limited to NTIA, provide ICM Registry with copies of records pertaining to plans of John Kneuer, NTIA's Deputy Assistant Secretary for Communications and Information, to attend, and/or participate in, the meeting of the Internet Corporation for Assigned Names and Numbers ("ICANN") that was held November 30 through December 4, 2005 in Vancouver, Canada (the "FOIA Request"). The FOIA Request asked that if any of the foregoing information was withheld, ICM Registry should receive copies of all non-exempt, reasonably segregable portions of the material, as well as a detailed statement of the statutory basis and reasons for each instance of withholding, and an index or similar statement of the nature of any withheld materials.

        NTIA responded to the FOIA Request by letter of January 19, 2006 by which it transmitted approximately 250 pages of records and claimed an exemption to withhold portions "in whole or in part under … 5 U.S.C. § 552(b)(5) as … contain[ing] predecisional, deliberative process, and/or attorney client privileged information" (the "FOIA Response"). Of these, many con-

February 21, 2006
Page 2

tained redactions obscuring parts of the document with a notation to Section 552(b)(5), and/or consisted solely of pages that were blank save for a reference to Section 552(b)(5) that indicated documents consisting of one or more pages were withheld in full. Other than the statement in the FOIA Response and handwritten notations on the documents, NTIA provided no explanation of the statutory basis and reasons for redacting/withholding the documents, nor did it provide any index or other statement indicating the nature of the materials withheld. In virtually all cases of redaction, it is impossible to determine from context the nature of the material withheld and, of course, in cases where a document was withheld in full, it is not possible to determine its nature or the specific reasons that might have lead to its nondisclosure.

This treatment mirrors that to which NTIA subjected documents it produced when it responded to a previous request ICM Registry submitted, CRRIF 06-068, as to which we filed an administrative appeal December 2, 2005 (and a supplement January 3, 2006). That prior appeal showed that NTIA's claims of Exemption 5 nondisclosure (i) were impermissibly conclusory and general; (ii) did not indicate to what action the redacted/withheld records pertain, nor were there governmental "decisions" that may suffice; (iii) in many cases involved redactions/withholdings offered not for *predecisional* agency records (assuming any "decision" could be identified) but rather records that would post-date any claimed action, and (iv) in many cases involved records that appeared to have been shared with parties outside the agency. Many of these same problems plague the present FOIA Response's withholdings and redactions.

Since the time provided by FOIA Section 552(a)(6)(A)(ii) for deciding administrative appeals has long passed with respect to CRRIF 06-068, we expect that a decision on that appeal is imminent, and that it will control with respect to any administrative appeal of the instant FOIA Response. Accordingly, we do not repeat here, but rather incorporate by reference, the explanation for why the records withheld should be made available, and why denial was inappropriate, with regard to all NTIA responses to ICM Registry's FOIA requests CRRIF 06-068 and 06-127. (If necessary, ICM Registry will, upon request from your office, furnish copies of the administrative appeal and supplement in CRRIF 06-068 that it incorporates by reference here). However, we do not wish this adminstrative appeal to delay resolution of ICM Registry's appeal of the response to CRRIF 06-068, which is long overdue. To the extent that, upon its issuance, that decision warrants a supplement to this appeal, we will file one at that time.

Otherwise, we look forward to your response to this appeal within the twenty working days specified by the FOIA and your agency's rules. If there are questions regarding this matter, or there is any information we can offer to bring it to an expeditious resolution, please contact us.

Very truly yours,

Davis Wright Tremaine LLP

Ronald G. London
Counsel for ICM Registry

# EXHIBIT 1



# Davis Wright Tremaine LLP

ANCHORAGE   BELLEVUE   LOS ANGELES   NEW YORK   PORTLAND   SAN FRANCISCO   SEATTLE   SHANGHAI   WASHINGTON, D.C.

| | | |
|---|---|---|
| RONALD G. LONDON | SUITE 450 | TEL (202) 508-6600 |
| DIRECT (202) 508-6635 | 1500 K STREET NW | FAX (202) 508-6699 |
| ronnielondon@dwt.com | WASHINGTON, D.C. 20005-1262 | www.dwt.com |

December 2, 2005

*VIA FACSIMILE* - (202) 219-8979

Brenda Dolan
Departmental Freedom of Information Officer
Office of Management and Organization
U.S. Department of Commerce
Room H5327
Washington, D.C. 20230

Re:   Freedom of Information Act Request

Dear Ms. Dolan:

Pursuant to the Freedom of Information Act, 5 U.S.C. § 552, as amended ("FOIA"), and your agency's implementing regulations and policies, including but not limited to 15 C.F.R. Part 4, ICM Registry, LLC, by counsel, hereby requests that you provide us with copies of all agency records, held by any Bureau or component of your agency, including but not limited to your office and the National Telecommunications & Information Administration, pertaining to Deputy Assistant Secretary for Communications and Information John Kneuer's plans to attend, and/or his participation in, the meeting of the Internet Corporation for Assigned Names and Numbers ("ICANN") held November 30 through December 4, 2005, in Vancouver, Canada.

This FOIA request encompasses all records, documents, correspondence, memoranda, transcripts, notes, reports, emails or audiovisual or other materials consisting of or reflecting, representing, recording or otherwise disclosing communications, written or oral, involving the subject matter referenced above. If any information responsive to the request above is withheld, ICM Registry requests copies of all non-exempt, reasonably segregable portions of such materials, as well as a detailed statement of the statutory basis and reasons for each instance of withholding, including specifically but not limited to the FOIA exemption relied upon for such withholding, and an index or similar statement of the nature of any materials withheld. If any of the requested documents require pre-release processing, we ask that the remaining documents be made available in advance of processing the entire request.

December 2, 2005
Page 2



      To expedite this request, ICM Registry is willing to discuss any questions you may have concerning this request and any specific instances of deletion or claims of exemption from disclosure in advance of a final determination on these issues. ICM Registry is prepared to pay all proper fees for document searching and duplication up to $5,000.

      We look forward to your response within twenty (20) working days from the date you receive this request, as required by 5 U.S.C. § 552(a)(6)(A)(i). Please call the undersigned if you have any questions concerning this request. Thank you for your attention in this matter

      Very truly yours,

      Davis Wright Tremaine LLP

      Ronald G. London
      Counsel for ICM Registry, LLC.

# EXHIBIT 2

**UNITED STATES DEPARTMENT OF COMMERCE**
**National Telecommunications and Information Administration**
Washington, D.C. 20230

January 19, 2006

Mr. Ronald G. London
Davis Wright Tremaine LLP
Suite 450
1500 K Street, N.W.
Washington, DC 20005

Dear Mr. London:

      RE: Freedom of Information Act Request (CRRIF 06-127)

      The National Telecommunications and Information Administration (NTIA) Office of Chief Counsel received your request under the Freedom of Information Act (FOIA), as amended, 5 U.S.C. § 552. You requested copies of all agency records, including but not limited to NTIA, pertaining to John Kneuer's plans to attend, and/or his participation in, the meeting of ICANN held November 30 through December 4, 2005, in Vancouver, Canada.

      The information that you have requested is enclosed. NTIA has withheld portions of the documents in whole or in part, under 5 U.S.C. § 552 (b)(2), as it contains internal personal rules and practices; 5 U.S.C. § 552 (b)(5), as it contains predecisional, deliberative process, and/or attorney client privileged information; and 5 U.S.C. § 552 (b)(6), as it contains personal privacy information.

      In accordance with the Department of Commerce's FOIA regulations, the fees associated with the processing of your request total $780.46 for search, review, and duplication. Please make your check payable to the U.S. Treasury, and forward to our office at the U.S. Department of Commerce, National Telecommunications and Information Administration, Office of the Chief Counsel (Room 4713), Washington, DC 20230. *See* 15 C.F.R. § 4.9.

      This concludes the initial determination by the Department. You have the right to appeal a denial or partial denial of the FOIA request. An appeal must be received within 30 calendar days of the date of the response letter by the Assistant General Counsel for Administration (Office), Room 5898-C, U.S. Department of Commerce, 14th and Constitution Avenue, N.W. Washington, D.C. 20230. Your appeal may also be sent by e-mail FOIAAppeals@doc.gov or by facsimile (fax) to 202-482-2552.

The appeal must include a copy of the original request, the response to the request and a statement of the reason why withheld records should be made available and why denial of the records was in error. The submission (including e-mail and fax submissions) is not complete without the required attachments. The appeal letter, the envelope, the e-mail subject line, and the fax cover sheet should be clearly marked "Freedom of Information Act Appeal." The e-mail, fax machine, and Office are monitored only on working days during normal business hours (8:30 a.m. to 5:00 p.m., Eastern Time, Monday through Friday). FOIA appeals posted to the e-mail box, fax machine or Office after normal business hours will be deemed received on the next normal business day.

If you have any questions regarding the processing of your request, please contact Denise Marshall at (202) 482-1030.

Sincerely,

Kathy D. Smith
Chief Counsel

Enclosures