# APPENDIX G



Site Map || Forum     Quick Links: Announcements     

ICANN Home >> Correspondence

# Correspondence from GAC Chairman to ICANN Board regarding .XXX TLD
### 12 August 2005

From: Mohd Sharil Tarmizi
To: ICANN Board of Directors
Cc: Government Advisory Committee
Subject: Concerns about contract for approval of new top level domain
Date: Friday, August 12, 2005

Dear Colleagues,

As you know, the Board is scheduled to consider approval of a contract for a new top level domain intended to be used for adult content. I am omitting the specific TLD here because experience shows that some email systems filter out anything containing the three letters associated with the TLD.

You may recall that during the session between the GAC and the Board in Luxembourg that some countries had expressed strong positions to the Board on this issue. In other GAC sessions, a number of other governments also expressed some concern with the potential introduction of this TLD. The views are diverse and wide ranging. Although not necessarily well articulated in Luxembourg; as Chairman, I believe there remains a strong sense of discomfort in the GAC about the TLD, notwithstanding the explanations to date.

I have been approached by some of these governments and I have advised them that apart from the advice given in relation to the creation of new gTLDs in the Luxembourg Communique that implicitly refers to the proposed TLD, sovereign governments are also free to write directly to ICANN about their specific concerns.

In this regard, I would like to bring to the Board's attention the possibility that several governments will choose to take this course of action. I would like to request that in any further debate that we may have with regard to this TLD that we keep this background in mind.

Based on the foregoing, I believe the Board should allow time for additional governmental and public policy concerns to be expressed before reaching a final decision on this TLD.

Thanks and best regards,

Mohamed Sharil Tarmizi
Chairman, GAC
ICANN

This file last modified 12-Aug-2005
© 2006 Internet Corporation For Assigned Names and Numbers