# APPENDIX K



**UNITED STATES DEPARTMENT OF COMMERCE**
**Office of the General Counsel**
Washington, D.C. 20230

Robert Corn-Revere, Esq.
Davis Wright Tremaine LLP
Suite 450, 1500 K Street NW
Washington, D.C. 20005-1262

JAN   4 2006

Dear Mr. Corn-Revere:

This confirms receipt of your January 3, 2006 letter supplementing your Freedom of Information Act (5 U.S.C. § 552) appeal that was received in this office on December 2, 2005. As you indicated in your letter, we agreed to treat your appeal of the National Telecommunications and Information Administration's supplemental responses of December 19 and 21, 2005, as one matter with the original appeal. Also, you stated in a telephone conversation with me on January 4, 2006, that your client had agreed to grant us a two-week extension to respond to the appeal.

We will notify you of the decision on your appeal as soon as possible.

Sincerely,

Andrew W. McCready
Senior Counsel