CO-386-online
10/03

# United States District Court
# For the District of Columbia

ICM Registry, LLC )
)
)
)
vs  Plaintiff )  Civil Action No._____
)
U.S. Department of Commerce )
U.S. Department of State )
)
Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for  ICM Registry, LLC  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  ICM Registry, LLC  which have any outstanding securities in the hands of the public:

ICM Registry is an LLC and has no parent corporation and no publicly held corporation owns any stock in ICM Registry, LLC.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record
_____
Signature

375415
BAR IDENTIFICATION NO.

Robert Corn-Revere
Print Name

1500 K Street, N.W. - Suite 450
Address

Washington, DC  20005
City        State        Zip Code

202-508-600
Phone Number