IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ICM REGISTRY, LLC, | ) |
| Plaintiff, | ) ) ) ) ) |
| v. | ) ) ) |
| UNITED STATES DEPARTMENT OF COMMERCE, | ) ) ) ) Case No. 1:06CV00949 |
| and | ) ) |
| UNITED STATES DEPARTMENT OF STATE, | ) ) ) ) ) |
| Defendants. | ) ) |

**PLAINTIFF'S MOTION TO COMPEL
PREPARATION OF A *VAUGHN* INDEX**

Plaintiff ICM Registry, LLC ("ICM"), hereby moves this Court for an order requiring Defendants the United States Departments of and State to provide within 30 days after service of the Complaint in this action seeking judicial reivew of agency action (or inaction) on ICM's request under the federal Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), an itemized, indexed inventory of every record or portion thereof responsive to the FOIA requests at issue, which Defendants assert to be exempt from disclosure, accompanied by a detailed justification statement covering each refusal to release records or portions thereof, in accordance with the indexing requirements of *Vaughn v. Rosen*, 484 F.2d 820 (D.C. Cir. 1973), *cert. denied*, 415 U.S. 977 (1974). As explained in the complaint, ICM requested such an index in filing its FOIA requests but the agencies have not complied, nor has either offered any analysis justifying their

withholdings (and in the case of the Department of States, it in fact has not responded substantively responded, in any form, to ICM's FOIA request).

                                        Respectfully submitted,

                                        DAVIS WRIGHT TREMAINE L.L.P.

                                        */s/ Robert Corn-Revere*
                                        Robert Corn-Revere – Bar No. 375415
                                        Ronald G. London – Bar No. 456284
                                        Amber L. Husbands – Bar No. 481565
                                        Davis Wright Tremaine LLP
                                        1500 K Street, N.W., Suite 450
                                        Washington, D.C. 20005
                                        (202) 508-6600

                                        ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of May, 2006, copies of the foregoing Motion to Compel Preparation of a Vaughn Index were served by First-Class U.S. Mail, postage prepaid, on:

>Alberto R. Gonzales
>Attorney General
>U.S. Department of Justice
>950 Pennsylvania Avenue, NW
>Washington, DC 20530-0001
>
>Kenneth L. Wainstein
>U.S. Attorney's Office
>555 4th Street, N.W.
>Washington, D.C. 20530
>
>United States Department of Commerce
>Office of General Counsel – Room 4875
>14th Street and Constitution Avenue, N.W.
>Washington, D.C. 20230
>
>United States Department of State
>The Executive Office
>Office of the Legal Advisor (L/EX)
>2201 C Street, N.W.
>Washington, D.C. 20520-6310

_____
Ronald G. London