# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ICM REGISTRY, LLC, | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES DEPARTMENT | ) |
| OF COMMERCE, | )   Case No. 1:06CV00949 |
| | ) |
| and | ) |
| | ) |
| UNITED STATES DEPARTMENT | ) |
| OF STATE, | ) |
| | ) |
| | ) |
| Defendants. | ) |

## ORDER GRANTING PLAINTIFF'S MOTION
## TO COMPEL PREPARATION OF A *VAUGHN* INDEX

Upon consideration of Plaintiff's Motion to Compel Preparation of a *Vaughn* Inedx ("Motion") filed herein by ICM Registry, LLC, plaintiff, and any opposition thereto, and it appearing to the Court that good reason exists to grant the Motion, it is this ____ day of _____, 2006, by the United States District Court for the District of Columbia:

ORDERED, that the Motion is hereby granted; and it is further

ORDERED, that each defendant shall provide plaintiff, on or before June 19, 2006, an itemized, indexed inventory of every record or portion thereof responsive to plaintiff's federal Freedom of Information Act requests at issue in this matter, which defendants assert are exempt from disclosure, accompanied by a detailed justification statement covering each refusal to release records or portions thereof.

Date:_____

_____
United States District Court Judge

Copies to:

Robert Corn-Revere, Esq.
Ronald London, Esq.
Amber L. Husbands, Esq.
Davis Wright Tremaine, L.L.P.
1500 K Street, N.W. Suite 450
Washington, D.C. 20005-1272

Alberto R. Gonzales
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Kenneth L. Wainstein
U.S. Attorney's Office
555 4th Street, N.W.
Washington, D.C.  20530

United States Department of Commerce
Office of General Counsel – Room 4875
14th Street and Constitution Avenue, N.W.
Washington, D.C.  20230

United States Department of State
The Executive Office
Office of the Legal Advisor (L/EX)
2201 C Street, N.W.
Washington, D.C.  20520-6310