UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ICM REGISTRY, LLC, | ) |
| Plaintiff, | ) Civil Action No. 06-0949 (JR) |
| v. | ) |
| UNITED STATES DEPARTMENT OF COMMERCE and UNITED STATES DEPARTMENT OF STATE, | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S MOTION TO COMPEL PREPARATION OF A *VAUGHN* INDEX**

Defendants, by undersigned counsel, pursuant to Fed. R. Civ. P. 6(b)(2), and for good cause shown, hereby respectfully move for an enlargement of time of ten (10) days up to an including June 19, 2006, in which to move, answer or otherwise respond to the Plaintiff's Motion to Compel Preparation of a *Vaughn* Index. Defendants' response to the motion would have otherwise been due on June 9, 2006. As grounds for this motion, defendants state as follows:

This case arises under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), and pertains to plaintiff's FOIA requests to the United States Department of Commerce and the United States Department of State (collectively the "Agencies").

Plaintiff filed a Motion to Compel Preparation of a *Vaughn* Index asserting that, at the time it made its FOIA requests, it had requested a *Vaughn* Index from each agency. *See*

1

Plaintiff's Motion to Compel Preparation of a *Vaughn* Index p. 1.[1] However, neither agency has provided such an index.[2] In making attempts to coordinate with the Agencies regarding the response to plaintiff's FOIA requests and the filing of dispositive motions, undersigned counsel neglected to respond to plaintiff's motion to compel.

After consulting with counsel at the Department of Commerce, undersigned counsel learned that it had released the majority of the documents requested by plaintiff, but is in the process of completing its re-review in response to plaintiff's administrative appeal. After consulting with counsel at the Department of State, undersigned counsel learned that it currently is processing documents for release to plaintiff and anticipates completing that process in mid-July. After the release of the documents, each agency with prepare a *Vaughn* Index to be submitted with defendants' dispositive motion.

Undersigned counsel has been in contact with plaintiff's counsel and the parties are attempting to agree upon a proposed briefing schedule. Counsel will attempt to inform the court regarding whether a briefing schedule has been agreed upon by the end of the week. If a briefing schedule cannot be agreed upon, undersigned counsel will file its Opposition to plaintiff's Motion to Compel a *Vaughn* Index, and timely file its Answer to plaintiff's Complaint for

---

[1]Local Civil Rule 7(m) indicates that "before filing any dispositive motion in a civil action, counsel shall discuss the anticipated motion with opposing counsel, either in person or by telephone, in a good faith effort to determine whether there is any opposition to the relief sought, and if there is no opposition, to narrow the areas of disagreement. A party shall include in its motion a statement that the required discussion occurred, and a statement as to whether the motion is opposed." Plaintiff did not comply with this rule.

[2]*But see Schwarz v. U.S. Dep't of Treasury*, 131 F.Supp.2d 142, 147 (D.D.C. 2000)("[T]here is no requirement that an agency provide a . . . *Vaughn* index on an initial request for documents."); *Edmond v. United States Attorney*, 959 F.Supp. 1, 5 (D.D.C. 1997)(rejecting, as premature, request for *Vaughn* index when agency had not processed plaintiff's request).

Injunctive Relief for Violation of the Freedom of Information Act on June 19, 2006.

For these reasons, defendants respectfully request that this Motion for Enlargement of Time be granted. Undersigned counsel has conferred with plaintiff's counsel who takes no position regarding this motion.

An order granting the relief sought is attached hereto.

        Respectfully submitted,

        _____
        KENNETH L. WAINSTEIN, D.C. Bar # 451058
        United States Attorney

        _____
        RUDOLPH CONTRERAS, D.C. Bar # 434122
        Assistant United States Attorney

        _____
        MARIAN L. BORUM, D.C. BAR # 435409
        Assistant United States Attorney
        555 Fourth Street, N.W. - Civil Division
        Washington, D.C.  20530
        (202) 514-6531
        Counsel for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of June, 2006, the foregoing was served upon counsel for plaintiff via the Court's ECF e-mail. I further certify that the signed original of this motion shall be retained in the official case file.

_____
MARIAN L. BORUM, D.C. Bar # 435409
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ICM REGISTRY, LLC, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF COMMERCE and UNITED STATES DEPARTMENT OF STATE, <br><br> Defendants. | Civil Action No. 06-0949 (JR) |

**O R D E R**

UPON CONSIDERATION of defendant's Motion for Enlargement of Time to Answer, Move or Otherwise Respond to Plaintiff's Motion to Compel Preparation of a *Vaughn* Index, it is, on this _____ day of June 2006,

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that defendants shall have up to and including June 19, 2006 in which to move, answer or otherwise respond to plaintiff's Motion to Compel Preparation of a *Vaughn* Index.

_____
UNITED STATES DISTRICT JUDGE

Marian L. Borum
Assistant United States Attorney
555 Fourth Street, N.W., Room 4-4810
Washington, D.C. 20530

Robert Corn-Revere
Ronald G. London
Amber Husbands
Davis Wright Tremaine, LLP
1500 K Street, N.W., Suite 450
Washington, D.C. 20005