UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ICM REGISTRY, LLC, | ) |
| | ) |
| Plaintiff, | )   Civil Action No. 06-0949 (JR) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES DEPARTMENT OF COMMERCE and UNITED STATES DEPARTMENT OF STATE, | ) |
| | ) |
| Defendants. | ) |

**PROPOSED BRIEFING SCHEDULE
FOR DISPOSITIVE MOTIONS**

Defendants, by undersigned counsel, hereby propose the dispositive briefing schedule set forth below.  This schedule includes an agreed upon date by which time the defendants shall file their *Vaughn* indices thereby mooting plaintiff's pending motion to compel the production of the indices.

This case arises under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), and pertains to plaintiff's FOIA requests to the United States Department of Commerce and the United States Department of State.  By July 14, 2006, the Department of State will release documents responsive to plaintiff's FOIA, and the Department of Commerce will provide plaintiff with a decision on the administrative appeal.  Consistent with that intent, the parties propose the following briefing schedule:

| | |
|---|---|
| Defendant's Motion for Summary Judgment: | August 18, 2006; |
| Plaintiff's Opposition and Cross Motion for Summary Judgment | September 11, 2006; |
| Defendant's Reply | October 4, 2006; |
| Plaintiff's Reply | October 13, 2006. |

Undersigned counsel has conferred with plaintiff's counsel who consents to this proposed briefing schedule.   An order granting the relief sought is attached hereto.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney


_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


_____
MARIAN L. BORUM, D.C. BAR # 435409
Assistant United States Attorney
555 Fourth Street, N.W. - Civil Division
Washington, D.C.  20530
(202) 514-6531
Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this ____ day of June, 2006, the foregoing was served upon counsel for plaintiff via the Court's ECF e-mail.  I further certify that the signed original of this motion shall be retained in the official case file.

_____
MARIAN L. BORUM, D.C. Bar # 435409
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ICM REGISTRY, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>COMMERCE and )<br>UNITED STATES DEPARTMENT OF )<br>STATE, )<br>)<br>Defendants. )<br>) | Civil Action No. 06-0949 (JR) |

**O R D E R**

UPON CONSIDERATION of defendant's Proposed Briefing Schedule for Dispositive Motions, it is, on this _____ day of June 2006,

HEREBY ORDERED that the following schedule shall be followed unless otherwise ordered by the Court:

| | |
|---|---|
| Defendant's Motion for Summary Judgment: | August 18, 2006; |
| Plaintiff's Opposition and Cross Motion for Summary Judgment | September 11, 2006; |
| Defendant's Reply | October 4, 2006; |
| Plaintiff's Reply | October 13, 2006. |

_____
UNITED STATES DISTRICT JUDGE

Marian L. Borum
Assistant United States Attorney
555 Fourth Street, N.W., Room 4-4810
Washington, D.C. 20530

Robert Corn-Revere
Ronald G. London
Amber Husbands
Davis Wright Tremaine, LLP
1500 K Street, N.W., Suite 450
Washington, D.C. 20005