**Defendants' Exhibit No. 1**
**ICM Registry, LLC v. United States Department of Commerce and United States Department of State, Civil No. 06-0949 (JR)**

**UNITED STATES DEPARTMENT OF COMMERCE**
Office of the General Counsel
Washington, D.C. 20230

MAR 0 2 2006

Ronald G. London, Esq.
Davis Wright Tremain LLP
Suite 450
1500 K Street, NW
Washington, D.C. 2005-1262

Dear Mr. London:

This is to inform you that your Freedom of Information Act (FOIA) (5 U.S.C. § 552) appeal for information withheld by the National Telecommunications and Information Administration, (NTIA) in response to your request for agency records pertaining to John Kneuer's plans to attend and/or his participation in the meeting of ICANN held November 30 through December 4, 2005, in Vancouver, Canada, will not be considered because it is untimely.

By letter dated December 5, 2005, you filed a request for this information. By letter dated January 19, 2006, Kathy D. Smith, Chief Counsel, NTIA, informed you that some information was being released to you and that other responsive information was exempt from disclosure pursuant to 5 U.S.C. §§ 552(b)(2), (b)(5), and (b)(6). She also informed you of your right to file an administrative appeal to the Assistant General Counsel for Administration within 30 days of the date of her letter, and that an appeal arriving after business hours is deemed received on the next normal business day.

By fax dated February 21, 2006, received at 5:52 p.m. on February 21, 2006, and by e-mail dated February 21, 2006, received 5:41 p.m. on February 21, 2006, you sent a letter of appeal. Pursuant to Department of Commerce regulations, an appeal must be received by the Office of the General Counsel during normal business hours within 30 calendar days of the date of the written denial. Normal business hours are 8:30 a.m. to 5:00 p.m., Eastern Time. 15 C.F.R. § 4.10(a). 49784 Fed. Reg. Vol. 59, No. 155 (August 12, 2004). Appeals received after 5:00 p.m. are deemed received on the next business day. Your appeal was not received within the 30 day limit. It was received on February 22, 2006, 34 days after the date of the written denial.

Sincerely,

Barbara S. Fredericks
Assistant General Counsel
for Administration