UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ICM REGISTRY, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF COMMERCE and<br>UNITED STATES DEPARTMENT OF STATE,<br><br>    Defendants. | Civil Action No. 06-0949 (JR) |

## DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO FILE DISPOSITIVE MOTION

Defendants, by undersigned counsel, pursuant to Fed. R. Civ. P. 6(b), and for good cause shown, hereby respectfully move for an enlargement of time of ten days, up to and including August 28, 2006, in which to file a dispositive motion in this action.

On June 16, 2006, the parties to this action filed a Consent Motion for Order to Set A Briefing Schedule for Dispositive Motions. The Court granted the Motion. Pursuant to that Motion, Defendants' Motion for Summary Judgment was to be filed on August 18, 2006. However, an enlargement of time is needed because counsel was not provided with the materials necessary to file the motion in sufficient time. In addition, undersigned counsel has another dispositive motion due on August 18, 2006, in Jackson L McGrady v. Donald C. Winter, Secretary of the Navy, and Department of the Navy; a dispositive motion due on August 21, 2006, in Ryan Poullard v. Harley G. Lappin et. al, and a Reply due on August 22, 2006, in Peter B. v. United States of America.

For these reasons, and to ensure that the government has sufficient time to prepare the materials to carry its burden in this case, defendants respectfully request that the enlargement sought be granted.

Pursuant to Local Civil Rule 7(m), undersigned counsel has conferred with plaintiff's counsel. Plaintiff's counsel does not take a position on this motion. An order granting the relief sought is attached hereto.

Respectfully submitted,

/s/
KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


/s/
MARIAN L. BORUM, D.C. BAR # 435409
Assistant United States Attorney
555 4th Street, N.W., Civil Division
Washington, D.C. 20530
(202) 514-6531
Counsel for Defendant

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 18th day of August, 2006, I caused the foregoing to be served first class mail, postage prepaid, addressed as follows:

Robert Corn-Revere
Ronald G. London
Amber L. Husbands
Davis Wright Tremaine LLP
1500 K Street, N.W., Suite 450
Washington, D.C. 2005

                                        /s/
                                        MARIAN L. BORUM, D.C. Bar # 435409
                                        Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ICM REGISTRY, LLC,<br><br>                Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF COMMERCE and UNITED STATES DEPARTMENT OF STATE,<br><br>                Defendants. | )<br>)<br>)<br>)    Civil Action No. 06-0949 (JR)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**O R D E R**

UPON CONSIDERATION of defendant's Motion for Enlargement of Time, the merits thereof, and for good cause shown, it is, on this _____ day of August 2006,

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that defendants shall have up to and including August 28, 2006 in which to file its motion in this matter.

_____
UNITED STATES DISTRICT JUDGE

Marian L. Borum
Assistant United States Attorney
555 Fourth Street, N.W., Civil Division
Washington, D.C.  20530

Robert Corn-Revere
Ronald G. London
Amber L. Husbands
Davis Wright Tremaine LLP
1500 K Street, N.W., Suite 450
Washington, D.C.  2005