IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
ICM REGISTRY, LLC,                )
                                  )
                Plaintiff,        )
                                  )
        v.                        )
                                  )   Case No. 1:06CV00949
UNITED STATES DEPARTMENTS         )
OF COMMERCE AND STATE,            )
                                  )
                Defendants.       )
_____)

**RESPONSE TO DEFENDANTS' MOTION FOR
ENLARGEMENT OF TIME TO FILE DISPOSITIVE MOTION**

Plaintiff ICM Registry, LLC ("ICM"), hereby responds to Defendants' Motion (Doc. 7) for an Enlargement of Time ("Def. Mot.") to file their dispositive motion in this action, which seeks to change the filing deadline for such motion from August 18, 2006, to extend instead up to and include August 28, 2006.  As Defendants' Motion recited, the parties had filed a Consent Motion for Order to Set a Briefing Schedule for Dispositive Motions, *id*. at 1, which included not only a date for Defendants' dispositive motion, but also dates for a consolidated cross dispositive motion and opposition to Defendants' dispositive motion by Plaintiff, for Defendants' opposition to Plaintiff's dispositive motion and reply to Plaintiff's opposition, and for Plaintiff's reply to Defendant's opposition.  *See* Proposed Briefing Schedule for Dispositive Motions (Doc. 5) at 2.  The Court approved the briefing schedule and required filings on the dates indicated therein by Order of June 23, 2006.

As reflected in Defendant's Motion, Plaintiff does not take a position on the request for enlargement of time, Def. Mot. at 2, but files to request that to whatever extent the Court grants

Defendants' motion, it also adjust the remaining filing dates accordingly.  Thus, if Defendants' motion is granted in full, the filing deadlines for remaining pleadings would be:

| | |
|---|---|
| Plaintiff's Opposition and Cross Motion for Summary Judgment | September 21, 2006 |
| Defendants' Reply | October 16, 2006; |
| Plaintiff's Reply | October 26, 2006. |

Counsel for Plaintiff has conferred with Defendants' counsel to confirm that Defendants concur with the dates above.

        Respectfully submitted,

        DAVIS WRIGHT TREMAINE LLP


        _____/s/_____
        Robert Corn-Revere – Bar No. 375415
        Ronald G. London – Bar No. 456284
        Amber L. Husbands – Bar No. 481565
        Davis Wright Tremaine LLP
        1500 K Street, N.W., Suite 450
        Washington, D.C.  20005
        (202) 508-6600

        ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on this 22nd day of August, 2006, copies of the foregoing Response to Motion for Enlargement of Time were served by First-Class U.S. Mail, postage prepaid, on:

>Kenneth L. Wainstein
>Rudolph Contreras
>Marian L. Borum
>U.S. Attorney's Office
>555 4th Street, N.W.
>Washington, D.C.  20530


              /s/
            Ronald G. London