# ICM Registry, LLC v. U.S. Department of Commerce and U.S. Department of State
## Civil Action No. 06-0949

## McCready Declaration
## Exhibit A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ICM Registry, LLC ) | |
|     Plaintiff, ) | |
| ) | |
|         v. ) | Civil Action No. 06-0949 (JR) |
| United States Department of ) | |
| Commerce and ) | |
| United States Department of ) | |
| State, ) | |
| ) | |
|     Defendants. ) | |

## DECLARATION OF ANDREW W. McCREADY

I, Andrew W. McCready, do hereby state and declare under the penalties for perjury that the following statements are true and correct:

1. I am Senior Counsel in the Office of the Assistant General Counsel for Administration, an office within the Office of the General Counsel of the U.S. Department of Commerce (DOC). I have served in this position continuously since October, 2001. In this position one of my responsibilities is to handle administrative appeals under the Freedom of Information Act, (5 U.S.C. § 552) (FOIA).

2. This declaration is provided in response to the above-referenced lawsuit brought by ICM Registry, LLC (ICM) as a result of a FOIA request.

3. All information herein is based upon knowledge that I have acquired in the performance of my official duties.

4. By letter dated December 2, 2005 (attached as Exhibit 1), ICM, by counsel, filed a FOIA request with the DOC, which was assigned DOC tracking number "CRRIF 06-127."

5. By letter dated January 19, 2006 (attached as Exhibit 2), Kathy Smith, Chief Counsel for the National Telecommunications Information Administration, responded to the request by providing certain information requested, and denying the remaining information based on exemptions (b)(2), (b)(5), and (b)(6) of the FOIA. The letter also stated that an appeal must be received by the Assistant General Counsel for Administration within 30 calendar days of the date of Ms. Smith's letter, that FOIA appeals submitted by e-mail or fax must be received on working

2

days during normal business hours (8:30 a.m. to 5:00 p.m., Eastern Time, Monday through Friday) and that FOIA appeals posted to the e-mail box or fax machine after normal business hours will be deemed received on the next normal business day.

6. By letter dated February 21, 2006 (attached as Exhibit 3) and transmitted by e-mail and fax, ICM, by counsel, appealed the initial determination. The letter was received by e-mail at 5:41 p.m. on February 21, 2006 and by fax at 5:52 p.m. on February 21, 2006. Both copies of the appeal were received after normal business hours on February 21, 2006 and thus deemed received on the next business day, February 22, 2006.

7. By letter dated March 2, 2006 (attached as Exhibit 4), Barbara S. Fredericks, Assistant General Counsel for Administration at the DOC, responded to the appeal by informing counsel for ICM that the appeal would not be considered because it was untimely, having been received 34 days after the date of the written denial, instead of 30 days as required by 15 C.F.R. § 4.10(a) (attached as Exhibit 5).

8. After the March 2, 2006, letter denying the appeal of CRRIF 06-127 was sent, I had a telephone conversation with Robert Corn-Revere, counsel for ICM, regarding the FOIA request assigned DOC tracking number CRRIF 06-068. In that conversation, Mr. Corn-Revere addressed CRRIF 06-127, and made it clear that the March 2, 2006, letter denying the appeal had been received.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on this 28th day of August, 2006.

_____
Andrew W. McCready