# ICM Registry, LLC v. U.S. Department of Commerce and U.S. Department of State
## Civil Action No. 06-0949

## McCready Declaration
## Exhibit 1

LAWYERS



# Davis Wright Tremaine LLP

ANCHORAGE  BELLEVUE  LOS ANGELES  NEW YORK  PORTLAND  SAN FRANCISCO  SEATTLE  SHANGHAI  WASHINGTON, D.C.

RONALD G. LONDON  SUITE 450  TEL (202) 508-6600
DIRECT (202) 508-6635  1500 K STREET NW  FAX (202) 508-6699
ronnielondon@dwt.com  WASHINGTON, D.C. 20005-1262  www.dwt.com

December 2, 2005

*VIA FACSIMILE* - (202) 219-8979

Brenda Dolan
Departmental Freedom of Information Officer
Office of Management and Organization
U.S. Department of Commerce
Room H5327
Washington, D.C. 20230

Re:  Freedom of Information Act Request

Dear Ms. Dolan:

Pursuant to the Freedom of Information Act, 5 U.S.C. § 552, as amended ("FOIA"), and your agency's implementing regulations and policies, including but not limited to 15 C.F.R. Part 4, ICM Registry, LLC, by counsel, hereby requests that you provide us with copies of all agency records, held by any Bureau or component of your agency, including but not limited to your office and the National Telecommunications & Information Administration, pertaining to Deputy Assistant Secretary for Communications and Information John Kneuer's plans to attend, and/or his participation in, the meeting of the Internet Corporation for Assigned Names and Numbers ("ICANN") held November 30 through December 4, 2005, in Vancouver, Canada.

This FOIA request encompasses all records, documents, correspondence, memoranda, transcripts, notes, reports, emails or audiovisual or other materials consisting of or reflecting, representing, recording or otherwise disclosing communications, written or oral, involving the subject matter referenced above. If any information responsive to the request above is withheld, ICM Registry requests copies of all non-exempt, reasonably segregable portions of such materials, as well as a detailed statement of the statutory basis and reasons for each instance of withholding, including specifically but not limited to the FOIA exemption relied upon for such withholding, and an index or similar statement of the nature of any materials withheld. If any of the requested documents require pre-release processing, we ask that the remaining documents be made available in advance of processing the entire request.

December 2, 2005
Page 2

     To expedite this request, ICM Registry is willing to discuss any questions you may have concerning this request and any specific instances of deletion or claims of exemption from disclosure in advance of a final determination on these issues. ICM Registry is prepared to pay all proper fees for document searching and duplication up to $5,000.

     We look forward to your response within twenty (20) working days from the date you receive this request, as required by 5 U.S.C. § 552(a)(6)(A)(i). Please call the undersigned if you have any questions concerning this request. Thank you for your attention in this matter

                    Very truly yours,

                    Davis Wright Tremaine LLP

                    Ronald G. London
                    Counsel for ICM Registry, LLC.