# ICM Registry, LLC v. U.S. Department of Commerce and U.S. Department of State
## Civil Action No. 06-0949

## McCready Declaration
## Exhibit 2



**UNITED STATES DEPARTMENT OF COMMERCE**
National Telecommunications and
Information Administration
Washington, D.C. 20230

January 19, 2006

Mr. Ronald G. London
Davis Wright Tremaine LLP
Suite 450
1500 K Street, N.W.
Washington, DC 20005

Dear Mr. London:

      RE: Freedom of Information Act Request (CRRIF 06-127)

      The National Telecommunications and Information Administration (NTIA) Office of Chief Counsel received your request under the Freedom of Information Act (FOIA), as amended, 5 U.S.C. § 552. You requested copies of all agency records, including but not limited to NTIA, pertaining to John Kneuer's plans to attend, and/or his participation in, the meeting of ICANN held November 30 through December 4, 2005, in Vancouver, Canada.

      The information that you have requested is enclosed. NTIA has withheld portions of the documents in whole or in part, under 5 U.S.C. § 552 (b)(2), as it contains internal personal rules and practices; 5 U.S.C. § 552 (b)(5), as it contains predecisional, deliberative process, and/or attorney client privileged information; and 5 U.S.C. § 552 (b)(6), as it contains personal privacy information.

      In accordance with the Department of Commerce's FOIA regulations, the fees associated with the processing of your request total $780.46 for search, review, and duplication. Please make your check payable to the U.S. Treasury, and forward to our office at the U.S. Department of Commerce, National Telecommunications and Information Administration, Office of the Chief Counsel (Room 4713), Washington, DC 20230. *See* 15 C.F.R. § 4.9.

      This concludes the initial determination by the Department. You have the right to appeal a denial or partial denial of the FOIA request. An appeal must be received within 30 calendar days of the date of the response letter by the Assistant General Counsel for Administration (Office), Room 5898-C, U.S. Department of Commerce, 14th and Constitution Avenue, N.W. Washington, D.C. 20230. Your appeal may also be sent by e-mail FOIAAppeals@doc.gov or by facsimile (fax) to 202-482-2552.

The appeal must include a copy of the original request, the response to the request and a statement of the reason why withheld records should be made available and why denial of the records was in error. The submission (including e-mail and fax submissions) is not complete without the required attachments. The appeal letter, the envelope, the e-mail subject line, and the fax cover sheet should be clearly marked "Freedom of Information Act Appeal." The e-mail, fax machine, and Office are monitored only on working days during normal business hours (8:30 a.m. to 5:00 p.m., Eastern Time, Monday through Friday). FOIA appeals posted to the e-mail box, fax machine or Office after normal business hours will be deemed received on the next normal business day.

If you have any questions regarding the processing of your request, please contact Denise Marshall at (202) 482-1030.

Sincerely,

Kathy D. Smith
Chief Counsel

Enclosures