# ICM Registry, LLC v. U.S. Department of Commerce and U.S. Department of State
## Civil Action No. 06-0949

## Smith Declaration
## Exhibit 5



**UNITED STATES DEPARTMENT OF COMMERCE**
National Telecommunications and
Information Administration
Washington, D.C. 20230

December 21, 2005

Mr. Ronald G. London
Davis Wright Tremaine LLP
Suite 450
1500 K Street, N.W.
Washington, DC 20005

RE: Freedom of Information Act Request (CRRIF 06-068)

Dear Mr. London:

On November 18, 2005, the National Telecommunications and Information Administration (NTIA), Office of Chief Counsel responded to your Freedom of Information Act (FOIA) request with responsive documents. On that date, NTIA informed you that it had also identified certain documents from other agencies that may be responsive to your request. NTIA stated that it had initiated a coordination process with those agencies to accord the subject documents proper treatment under FOIA before forwarding them to you.

Enclosed is the final set of documents referenced in that correspondence. NTIA has withheld portions of the documents in whole or in part, under 5 U.S.C. § 552 (b)(5), as they contain draft and/or deliberative process information. If you have any questions regarding the processing of your request, please contact Denise Marshall at (202) 482-1030.

Sincerely,

Kathy D. Smith
Chief Counsel

Enclosures