# ICM Registry, LLC v. U.S. Department of Commerce and U.S. Department of State
## Civil Action No. 06-0949

## Smith Declaration
## Exhibit 9

Exhibit 9

**Vaughn Index Numbers of Documents Released in Part With the Filing of this Declaration**

| | |
|---|---|
| AC1 | EP126 |
| AC2 | EP128 |
| AC3 | EP129 |
| AC4 | EP130 |
| AC5 | EP132 |
| AC6 | EP139 |
| AC7 | EP147 |
| AC8 | |
| AC12 | MPW9 |
| AC13 | MPW14 |
| AC18 | |
| AC19 | |
| | |
| DT6 | |
| | |
| EP7 | |
| EP20 | |
| EP22 | |
| EP23 | |
| EP24 | |
| EP25 | |
| EP26 | |
| EP27 | |
| EP28 | |
| EP51 | |
| EP52 | |
| EP54 | |
| EP55 | |
| EP56 | |
| EP57 | |
| EP58 | |
| EP60 | |
| EP62 | |
| EP68 | |
| EP69 | |
| EP78 | |
| EP89 | |
| EP94 | |
| EP96 | |
| EP104 | |
| EP117 | |