# ICM Registry, LLC v. U.S. Department of Commerce and U.S. Department of State
## Civil Action No. 06-0949

## Grafeld Declaration Exhibit 1

OCT. 18. 2005  4:30PM    DAVIS WRIGHT TREMAINE LLP                    NO. 2958   P. 2/3

LAWYERS



## Davis Wright Tremaine LLP

ANCHORAGE  BELLEVUE  LOS ANGELES  NEW YORK  PORTLAND  SAN FRANCISCO  SEATTLE  SHANGHAI  WASHINGTON, D.C.

RONALD G. LONDON  
DIRECT (202) 508-6635  
ronlondon@dwt.com

SUITE 450  
1500 K STREET NW  
WASHINGTON, D.C. 20005-1262

TEL (202) 508-6600  
FAX (202) 508-6699  
www.dwt.com

October 18, 2005

*VIA FACSIMILE* - (202) 261-8579

Office of Information Programs and Services  
A/R S/IPS/RL  
U.S. Department of State, SA-2  
Washington, DC 20522-1800

    Re:    **Freedom of Information Act Request**

Dear Sir or Madam:

    Pursuant to the Freedom of Information Act, 5 U.S.C. § 552, as amended ("FOIA"), and your agency's implementing regulations and policies, including but not limited to 22 C.F.R. Part 171, ICM Registry, LLC, by counsel, hereby requests that you provide us with copies of the following documents:

> All records, correspondence, memoranda, transcripts, notes, documents, reports, emails or audiovisual or other materials consisting of or reflecting, representing, recording or otherwise disclosing communications, written or oral, between March 1, 2005 and the present, regarding approval by the Internet Corporation for Assigned Names and Numbers ("ICANN"), and/or by its Board of Directors, of the new ".xxx" sponsored top-level domain ("sTLD"), and/or ICANN's or its Board's approval of ICM Registry's contract to operate the .xxx sTLD. This request does not encompass documents submitted to the agency by the general public as part of any mass mailing campaign(s) or similarly duplicative emails/documents.

> All records, correspondence, memoranda, transcripts, notes, documents, reports, emails or audiovisual or other materials consisting of or reflecting, representing, recording or otherwise disclosing communications, written or oral, between March 1, 2005 and the present, between any personnel at the State Department and the ICANN Board of Directors and its staff, ICANN's Governmental

GRAFELD DECLARATION  
Civil Action No. 06-0949  
Exhibit 1

October 18, 2005
Page 2

Advisory Committee ("GAC"), any GAC member country, or any individuals or agency in a GAC member country, regarding the .xxx sTLD.

If any information described above is withheld, ICM Registry requests copies of all non-exempt, reasonably segregable portions of such materials, as well as a detailed statement of the statutory basis and reasons for each instance of withholding, including specifically but not limited to the FOIA exemption relied upon for such withholding, and an index or similar statement of the nature of any materials withheld. If any of the requested documents require pre-release processing, we ask that the remaining documents be made available in advance of processing the entire request.

To expedite this request, ICM Registry is willing to discuss any questions you may have concerning this request and any specific instances of deletion or claims of exemption from disclosure in advance of a final determination on these issues. <u>ICM Registry is prepared to pay all proper fees for document searching and duplication up to $5000.</u>

We look forward to your response within twenty (20) working days from the date you receive this request, as required by 5 U.S.C. § 552(a)(6)(A)(i). Please call the undersigned if you have any questions concerning this request. Thank you for your attention in this matter

Very truly yours,

Davis Wright Tremaine LLP

Ronald G. London
Counsel for ICM Registry, LLC