# ICM Registry, LLC v. U.S. Department of Commerce and U.S. Department of State
## Civil Action No. 06-0949

## Grafeld Declaration Exhibit 2

NOV. 29. 2005  5:44PM    DAVIS WRIGHT TREMAINE LLP           LAWYERS     NO. 3550   P. 1

# Davis Wright Tremaine LLP

ANCHORAGE  BELLEVUE  LOS ANGELES  NEW YORK  PORTLAND  SAN FRANCISCO  SEATTLE  SHANGHAI  WASHINGTON, D.C.

SUITE 450                        TEL (202) 508-6600
1500 K STREET NW                 FAX (202) 508-6699
WASHINGTON, D.C. 20005-1272      www.dwt.com

## FACSIMILE TRANSMITTAL

Date: November 29, 2005

Client No. 65751-1

**SEND TO:**

| NAME | FIRM/COMPANY/CONFIRMATION NO. | FAX NUMBER |
|---|---|---|
| Eva Tyler | State Department | (202) 261-8586 |

**FROM:**

Ronald G. London     Telephone: (202) 508-6635    Fax: (202) 508-6699

**COMMENTS:**

Thank you for speaking with me yesterday regarding FOIA Request 200504606. I apologize that I was delayed in faxing you a copy of the Commerce Department response to an identical FOIA request that, as we discussed, may provide some guidance for the State Department and avoid your sending a form response that the subject matter of our request falls outside the State Department's purview.

To further assist you, I am also forwarding a few documents we received in response to the Commerce FOIA Request, which indicate coordination on the .xxx matter with an individual at State with the email address "shipmanj@state.gov" as well as with Michael Gross of your agency. Hopefully this will allow you to more effectively direct your internal inquiries in formulating a response to our request.

As I noted in my voicemails, it is apparent the State Department has exercised the ten-business-day extension under Section 552(a)(6)(B)(i) of the FOIA. We are hopeful that with this additional information you will be able to provide a response within the statutory deadline, which is fast approaching. If I can provide further information that will speed your response, please do not hesitate to contact me. Thank you.

GRAFELD DECLARATION
Civil Action No. 06-0949
Exhibit 2

---

IF YOU DO NOT RECEIVE ALL PAGES OF THIS TRANSMISSION,
PLEASE CALL (202) 508-6600 AS SOON AS POSSIBLE

NOV. 29. 2005  5:44PM    DAVIS WRIGHT TREMAINE LLP                    NO. 3550   P. 2



**UNITED STATES DEPARTMENT OF COMMERCE**
National Telecommunications and
Information Administration
Washington, D.C. 20230

November 18, 2005

Ronald C. London
Davis Wright Tremaine LLP
Suite 450
1500 K Street, N.W.
Washington, DC 20005

RE: Freedom of Information Act Request (CRRIF 06-068)

Dear Mr. London:

On October 20, 2005, the National Telecommunications and Information Administration (NTIA) received your request under the Freedom of Information Act (FOIA), as amended, 5 U.S.C § 552. You requested documents from the Department of Commerce, including documents from March 1, 2005 regarding approval by the Internet Corporation for Assigned Names and Numbers (ICANN) and/or its Board of Directors of a .xxx sponsored top level domain or of ICM Registry's contract to operate the .xxx domain. You also requested documents from the Department of Commerce, including documents from March 1, 2005 between Departmental personnel and the ICANN Board, its staff, its Governmental Advisory Committee (GAC), any GAC member country, or individual or agency of a GAC member country regarding the .xxx domain. Your request excluded documents submitted to the Department by the general public as part of any mass mailing campaign or similarly duplicative emails or documents.

Documents responsive to your request are enclosed. NTIA has withheld certain documents in whole or in part under 5 U.S.C. § 552(b)(5) as predecisional or privileged. NTIA also identified certain documents from other agencies which may be responsive to your request and is in the process of coordinating with those agencies to accord them proper treatment under FOIA. We will forward those documents to you upon successful completion of that coordination.

In accordance with the Department of Commerce's FOIA regulations, fees associated with the processing of your request are $ 4,956.51.00, which includes the cost of the agency's search and review ($2,481.51.00) and duplication ($ 2,475.00). Please make your check payable to the U.S. Treasury and forward it to our office at the U.S. Department of Commerce, National Telecommunications and Information Administration, Office of the Chief Counsel, 1401 Constitution Avenue, N.W., Room 4713, Washington, DC 20230. See 15 C.F.R. § 4.9.

This concludes the initial determination by the Department. You have the right to administratively appeal this decision within 30 calendar days of the date of this letter. The appeal must include a copy of your request, this letter, a statement of the reasons why the records

reques ed should be made available, and why the initial denial was in error. This appeal must be addres ed to the Assistant General Counsel for Administration, U.S. Department of Commerce, 1401 ( onstitution Avenue, N.W., Room 5898-C, Washington, DC 20230. Both the letter and the en elope should be clearly marked "Freedom of Information Act Appeal." 15 C.F.R. § 4.9. Your ippeal may also be sent by electronic mail to FOIAAppeals@doc.gov or by facsimile to (202) 82-2552.

If you have any questions regarding the processing of your request, please contact Denise Marsl ill at (202) 482-1030.

Sincerely,

Kathy D. Smith
Chief Counsel

Encl sures

Clyde NOV. 29. 2005 5:45PM    DAVIS WRIGHT TREMAINE LLP                           NO. 3550—P. 4

From:     Clyde Ensslin
To:       Michael Gallagher
Date:     8/11/2005 5:37:14 PM
Subject:  .XXX messaging

Mike: My guidance from fifth floor OPA is not to publicize the letter but we may fax it to people who request it.

With your approval, I will distribute the following talking points to OPA and State Dept.

Draft talking points on .XXX letter Aug 11

5 U.S.C. § 552(b)(5)

A/S Gallagher's request is wholly consistent with announced U.S. principles on the Internet's Domain Name and Addressing System:

Principle 3: The United States continues to support the ongoing work of ICANN as the technical manager of the DNS and related technical operations.

Principle 4: We encourage an ongoing dialogue with all stakeholders around the world in the various fora as a way to facilitate discussion and to advance our shared interest in the ongoing robustness and dynamism of the Internet.

###

CC:       John Kneuer; Ranjit deSilva

NOV. 29. 2005 5:45PM    DAVIS WRIGHT TREMAINE LLP    NO. 3550   P. 5   Page 1

From:      Fiona Alexander
To:        shipmansa@state.gov
Date:      8/31/05 1:35:38 PM
Subject:   Fwd: Draft WSIS Briefing Invite

Sally

5 USC §552(b)(5)

Tim in terms of the event, my understanding is that David will want to do the usual tag team of the issue that e and Mike having been doing. Mike explaining the principles, why we issued them, then David going into WSIS specific. Can you check with David and let me know so I can pull together the necessary briefing material for Mike. Hope you had a good vacation.

Fiona

>>> Tracey Rhoades" <trhoades@ntia.doc.gov> 08/31/05 8:13 AM >>>
Hell — Internet Caucus lunch w/ Mike and Amb. Gross has been confirmed for 9/12. Please review the attached draft invite and let me know if you recommend any edits. I will forward your comments or approval back to Tim Finton and request further information regarding the format for remarks. I will forward that info to you when I receive it — Please coordinate w/ Tim Finton on development of Mike's talking points/remarks. thanks!

>>> Tim Lordan <tim@netcaucus.org> 8/30/2005 2:46 PM >>>
Tim Tracey:

I have attached a draft invitation to the briefing by Ambassador Gross and Assistant-Secretary Gallagher schedule for September 12. This is just a draft and we welcome your comments, edits and suggestions. We have reserved Rayburn B339 at noon on September 12. We had hoped for a Capitol Building room but they seem to be all booked on that day. If nothing develops on that front we'll go with B339 over lunch.

So, please take a look at the attached draft invite (I have pasted it below for those of you on Blackberry).

- Tim Lordan

Tim Lordan
Executive Director
Internet Caucus Advisory Committee
c/o Internet Education Foundation
202-638-4370
tim@netcaucus.org
http://www.netcaucus.org

Draft: Invite, August 30, 2005

You are cordially invited to attend a briefing by ...

Ambassador David Gross and Assistant Secretary Michael Gallagher on ...

Negotiating Control Of the Internet With the U.N.: Keeping Security.

Stability and XXX In Focus.

Monday, September 12, 2005, Noon
Rayburn HOB, Room B339

U.N. Secretary-General Kofi Annan's Working Group on Internet Governance (WGIG) has recommended four new models for governing the Internet - any of which strip the U.S. government of its historic role in controlling fundamental Internet operations. The recent request by U.S. Assistant Secretary Michael Gallagher to hold off on activating the pornographic XXX domain has illuminated the important intersection between technical management and policy. In a meeting planned for September 19 in Geneva, U.S. Ambassador Gross will implore the WGIG to allow the U.S. to "maintain its historic role in authorizing changes or modifications to the authoritative root zone file." Absent any changes, the U.N.'s World Summit on the Information Society (WSIS) will approve one of the four models at its meeting in Tunis in November.

Ambassador Gross and Assistant Secretary Gallagher have agreed to brief congressional staff on this timely and important issue as they prepare for their negotiations. The ambassador will lead the delegation to the Geneva meeting and to the culminating Summit in Tunis. Mr. Gallagher is the Assistant Secretary of Commerce for Communications and Information and through the Secretary of Commerce he is the President's principal adviser on telecommunications policy.

Please join the ambassador and the assistant secretary for this briefing on control of the Internet on Monday, September 12, at noon. A boxed lunch will be served.

Location: Rayburn House Office Building, Room B339
RSVPs: Required, please send e-mail to rsvp@netcaucus.org or via phone at 202.238.4370 to attend the event.

This event is hosted in conjunction with the Internet Caucus and its Co-chairs - Senators Burns and Leahy, and Congressmen Goodlatte and Boucher.

Boxed lunch will be served. For more information, please visit www.netcaucus.org.

CC:       fintontc@state.gov; Tracey Rhoades

NOV. 29. 2005  5:46PM      DAVIS WRIGHT TREMAINE LLP                          NO. 3550   P. 7

NTI<sub></sub> Use Only                                                        August 22, 2005

## MEETING WITH MIKE BINDER, INDUSTRY CANADA ON WSIS AND INTERNET GOVERNANCE, STATE RM. 4826, 3:00-4:00 PM, AUGUST 25, 2005

### PURPOSE
Mike Binder, Assistant Deputy Minister, Spectrum, Information Technologies and Telecommunications from Industry Canada is coming to Washington to strategize with USG on WSIS/Internet governance and meet with other DOC officials on the Security Prosperity and Partnership (SPP) Initiative. As David Gross is friendly with Mike Binder, he is likely to use the meeting as a brainstorming exercise on positioning in the WSIS negotiations.

### BACKGROUND/LIKELY TOPICS
Bill Graham from Binder's staff has been a staunch ally in the WSIS process. *It is critical for you to thank them for their support.* Unlike most meetings where Canada silently agrees with USG, in the WSIS process they have very vocal in their agreement with our position and a key collaborator in the negotiation process

5 USC § 552(b)(5)

5 USC § 552(b)(5)

- **SPP:** Binder will be meeting with Michelle O'Neill to discuss continued cooperation under the SPP and how to achieve the already agreed to deliverables. It is expected their meeting will focus on agreeing to the dates of the next Senior officials meeting of the ICT Working Group (you participated in the previous one that Phil Bond hosted). That meting is likely to be in October in Ottawa.

- **Speaking Invitation:** A member of Binder's staff contacted Sheila on 8/17 seeking your participation in a Canadian Spectrum Summit on 12/1. They have invited you to participate in a panel of various international participants focused on regulating spectrum to serve the public interest. No commitment had been made at this time.

Prepared By: Fiona Alexander/OIA/X1890

NTI Use Only                                                                August 22, 2005

## PARTICIPANTS
NTIA: You, Cathy Handley, Suzanne Sene
State: David Gross, Sally Shipman
Industry Canada: Mike Binder, Bill Graham (WSIS Rep.), Malcolm Andrew (GAC Rep.)

## ATTACHMENTS
Mike Binder Bio
- Canadian Comments on the WGIG Report
- Details of a Canadian Invite for Oct. Spectrum Symposium

Prepared By: Fiona Alexander/OIA/X1890

NTIA Use Only                                                        August 22, 2005

# MICHAEL BINDER

Assistant Deputy Minister, Spectrum, Information Technologies and Telecommunications
Industry Canada

Michael Binder is the Assistant Deputy Minister of Spectrum, Information Technologies and Telecommunications, Industry Canada. He is responsible for overseeing the implementation of the Federal Government's "Connectedness Agenda" that commits to connecting all Canadians to an accessible and affordable high speed information highway (Broadband).

He is also in charge of telecommunications and electronic commerce policies; the allocation of spectrum, licensing of the wireless industries; and the promotion of growth & international competitiveness of the Information and Communication Technologies industries.

Mr. Binder holds a Ph.D. in Physics from the University of Alberta.

NOV. 29. 2005  5:47PM     DAVIS WRIGHT TREMAINE LLP                           NO. 3550   P. 10

                                           August 22, 2005


Document WSIS-II/PC-3/CONTR/042-E
17 August 2005
Original: English

# CANADA

## COMMENTS ON THE REPORT OF THE WGIG

### CANADIAN SUBMISSION ON INTERNET GOVERNANCE

**Introduction**

Canada is pleased to submit the following paper outlining its position on the report of the United Nations Working Group on Internet Governance (WGIG), in preparation for discussions at the third meeting of the Preparatory Committee for the World Summit on the Information Society (WSIS).

Canada has been a strong supporter of the WSIS from its inception. Canada's original vision statement for this UN initiative was that the "WSIS is about development". Our support has been based on our belief in the importance of information and communications technologies as a tool for creating the information society. Central to this belief is our understanding that all the peoples of the world must truly have the opportunity to participate in the information society, if we are to achieve the maximum benefits for mankind. For that reason, we continue to believe that the WSIS must strive to raise awareness of the potential of information and communication technologies for development at the highest political levels. Canada reaffirms its support for UNGA Resolution 56/183 on the WSIS which recognizes "... the urgent need to harness the potential of knowledge and technology ... and to find effective ... ways to put this potential at the service of development for all". Canada's contribution to the discussion of Internet governance in the WSIS context is conditioned by this development perspective.

The Internet is a central element of the emerging global information society. Thus, its security, stability, reliability and sustainability as a global network are of paramount importance for Canada in all discussions of Internet governance. To make governance effective however, we must also put capacity building at the centre of our efforts, so that all countries and all stakeholders are able to play their respective roles in an effective and responsible manner. These principles underlie the Canadian position on Internet governance.

Canada agrees with the WGIG that consideration of Internet governance in the WSIS context will benefit by separating the discussion of the broad policy issues categorized by the WGIG

NTI .Use Only                                                          August 22, 2005

fror discussion of the management of critical Internet resources. This paper considers each in its t m.

### Add ressing Policy Issues Broader than the Internet

Tur ing first to broad policy issues, including those related to the use of the Internet, issues whe se impact is broader than the Internet, and issues related to development and capacity bui ling:

- n principle, Canada supports the idea of creating a multi-stakeholder forum to discuss a road range of public policy issues related to the Internet. We believe it is desirable to build upon the dialogue established by the WGIG and its public consultations.

- We agree with the WGIG Report that the forum for dialogue should not be a continuation of he WGIG itself. As well, the forum should not be a permanent institution. It should be stablished for not more than five years, and its operation should make maximum use of CT's to operate in a cost-effective and inclusive fashion.

- The forum should focus on capacity building, particularly to develop the knowledge and experience necessary for developing countries to be able to participate effectively in the discussion of Internet issues. The forum could encourage examination of a range of public policy options which may be useful for interested countries.

- The forum should not be involved in day-to-day operations of the Internet, nor distract from discussions taking place in existing organizations.

- Adequate resources must be identified to ensure that all stakeholders (including developing countries, SMEs and civil society) are able to participate. The forum should be supported by a very light organization, with a focus on development.

- Canada does not support the creation of a new treaty organization for the purposes of Internet governance.

- Canada notes that many of the broad policy issues raised in the WGIG discussions have been, or are being addressed, by existing government-funded international and multilateral organizations, including those of the UN system. These organizations bring to bear considerable experience and research capacity for international policy development, and have established public processes and consultation mechanisms capable of canvassing a broad spectrum of facts and opinion. We believe that each can make informed contributions to the discussion of broad policy issues related to the Internet, and to the need for capacity building identified in the Report. Given the significant global public investment already made in these agencies, this international resource should be fully engaged by member states in the continuing public discussion of policy issues related to the Internet, whether or not a forum is established, if only to conserve resources. Their engagement should also serve to avoid duplication of efforts.

NIA Use Only                                                                  August 22, 2005

### Addressing Issues Related to Core Internet Technical Resources

Second, concerning issues of critical Internet resources: in this paper, primarily those dealt with by the Internet Corporation for Assigned Names and Numbers (ICANN):

- Canada wishes to underscore the technical nature of ICANN as a body responsible for the administration of Internet names and IP addresses.

- While recognizing that these technical issues give rise, from time to time, to policy considerations, Canada is of the view that the short history of ICANN has seen a tendency by many stakeholders to seek to have ICANN address policy issues which are not dependent on its core technical responsibilities. This has led to confusion about ICANN's role and sometimes distracted the organization from its core mandate. By helping to disaggregate broader policy issues from those specifically arising from ICANN's primary technical functions, the WGIG has made an important contribution to delineating those matters for which ICANN should be held responsible and those which should be addressed elsewhere. Canada is of the view that, going forward, ICANN and its stakeholders should be scrupulous in taking a very narrow view of ICANN's policy functions, ensuring that any policy issues dealt with arise directly from and/or are inextricably linked to its core technical functions. Any other policy issues should be referred to other more appropriate bodies, or to the forum suggested by the WGIG, should it be created.

- Canada has been a long-time and strong supporter of the ICANN model, as a private, not-for-profit, bottom-up entity. This support is fully consistent with the views expressed above. Indeed, it is because of the primarily technical nature of ICANN's mandate that Canada has long supported this approach.

- Canada supports the continuing evolution and reform of ICANN in the post-2006 environment.

- Canada acknowledges the vital role that the United States government has played in the development of the Internet itself and, through the establishment of ICANN, in initiating a process aimed at increasing competition, privatization, and enabling international participation in the management of the Internet's technical functions. We also applaud the arm's length, light-touch approach which the United States government has adopted in its oversight of ICANN itself. Like the vast majority of participants in the WGIG, Canada agrees that the path of increasing competition, privatization and internationalization should be pursued.

- Canada supports the continued participation of governments in ICANN through the Governmental Advisory Committee (GAC). Outside the WSIS context, it may be worth exploring the establishment of mechanisms to help focus the GAC's agenda, and governments' relationship with ICANN, in a manner consistent with the narrow policy role foreseen for ICANN itself, and supportive of the goals of increasing competition, privatization and internationalization.

NT: \ Use Only                                                          August 22, 2005

- The GAC's effectiveness could be enhanced by the establishment of a permanent GAC Secretariat which would focus on providing necessary logistical support to the GAC, and contribute to capacity development aimed at improving GAC participation by developing countries. A secure funding mechanism would have to be found, perhaps via an untied contribution from ICANN itself. Canada does not believe there is a need for such a secretariat to provide policy research capability. Instead, the GAC should draw on the expertise of its membership, including that of other international organizations.

## Conclusion

Finally, Canada would like to congratulate and thank the Chairman and members of the WGIG, as well as the Executive Director and members of the Secretariat, for their work and the Working Group report. The WGIG process has provided an example of how a diverse multi-stakeholder group can work together to dramatically elevate the level of discussion of an important issue, and to produce a valuable outcome.

NTA Use Only                                                                  August 22, 2005

## Canadian Invite for December Spectrum Symposium

SENT 8/17/05

Dear Ms. Williams:

It was a pleasure to speak to you today. As I mentioned on the telephone, I spoke to Mr. Gallagher during the ITU-R TG1-8 meeting held in San Diego last May. At that time, I mentioned that we were holding a one-day symposium in Ottawa on December 1st and he seemed interested in attending as a speaker.

The purpose of this E-mail is to invite Mr. Gallagher to participate in the symposium called Spectrum 20/20. It is co-hosted by Industry Canada, the national spectrum regulatory authority, specifically the Spectrum Engineering branch and the Radio Advisory Board of Canada, our principle national, non-government advisory group.

Each year we invite experts from academe, government and industry, from around the world to discuss issues of importance in a panel format which, we hope, provokes both immediate discussion and longer term thought.

We would like to invite him to participate in a session called "Pooling Mother Nature in 2020 - Making More/New Spectrum Available" where we will be asking regulatory people from Asia-Pacific, Europe, the USA and Canada to discuss how they are trying to make regulation serve the public interest.

You can find out a bit more about Spectrum 20/20 on the RABC web site at: < http://www.rabc.ottawa.on.ca/e/spectrum2020_program.cfm > but the basics are:

*' When: Thursday, 1 December 2005 - Session 3 is from 14:05 to 15:25

*' Where: Ottawa, at the Ottawa Congress Centre

*' What: Panel discussion - with a fairly large (150+/-), fairly technical (most are RABC members) audience

Please let me know if Mr. Gallagher will be able to participate. We can provide more information on the format of this symposium upon request. Please feel free to contact me at anytime should you require further information.

Yours truly,

Marc Dupuis
Director, New Wireless Services and Technology
Spectrum Engineering Branch
Industry Canada