# ICM Registry, LLC v. U.S. Department of Commerce and U.S. Department of State
## Civil Action No. 06-0949

## Grafeld Declaration Exhibit 3



**United States Department of State**

*Washington, D.C. 20520*

December 13, 2005
Case Number: 200504606

Ronald G. London
1500 K Street, Suite 450
Washington D.C. 20005-1272

Dear Mr. London:

This is in response to your Freedom of Information Act (FOIA) request, dated October 18, 2005, for copies of documents concerning approval by the internet corporation for assigned names and numbers (ICANN) of the new "XXX" sponsored top level domain (STLD) and/or it's approval of ICM registry's contract to operate the XXX STLD.

We will begin the processing of your request based upon the information provided in your communication. We will notify you as soon as responsive material has been retrieved and reviewed.

We wish to advise you that the cut-off date for retrieving records is either the date you have given the Department by specifying a particular time frame or the date the search is initiated.

**Fees:** The Freedom of Information Act requires agencies to assess fees to recover the direct costs of processing requests, unless a fee waiver has been granted.

---

*Office of Information Programs and Services*
*U.S. Department of State SA-2*
*Washington, DC 20522-8100*
*Web site: foia.state.gov*

*Inquiries:*
*Phone: 1-202-261-8314*
*FAX: 1-202-261-8579*
*email: FOIAStatus@state.gov*

GRAFELD DECLARATION
Civil Action No. 06-0949
Exhibit 3

-2-

By making a FOIA request, you have agreed to pay all applicable fees up to $25.00 unless a fee waiver has been granted. You may specify a willingness to pay a greater or lesser amount. If the estimated fees exceed this limit, you will be notified.

Based upon the information that you have provided, we have placed you in the other requester category. This category requires us to assess search time after 2 hours/duplication costs after the first 100 pages.

You have stated your willingness to pay the fees incurred in the processing of this request up to $5,000.00.

We will notify you of the costs incurred in processing your request as soon as the search for and review of any responsive documents have been completed.

While we will make every effort to meet the time limits cited in the Freedom of Information Act (5 USC § 552), unusual circumstances may arise for extending the time limit (see enclosure). We appreciate your patience in this matter.

If you have any questions, please do not hesitate to contact us. We can provide faster service if you include the case number of your request in your communications with us.

*Office of Information Programs and Services*
*U.S. Department of State  SA- 2*
*Washington, DC 20522-8100*
*Web site: foia.state.gov*

*Inquiries:*
*Phone: 1- 202- 261- 8314*
*FAX: 1- 202- 261- 8579*
*email: FOIAStatus@state.gov*

-3-

We are pleased to be of service to you.

Sincerely,

*John R Catlett*

CatletJR
Requester Communications Branch

*Office of Information Programs and Services*
*U.S. Department of State  SA- 2*
*Washington, DC 20522-8100*
*Web site: foia.state.gov*

*Inquiries:*
*Phone: 1- 202- 261- 8314*
*FAX: 1- 202- 261- 8579*
*email: FOIAStatus@state.gov*