# ICM Registry, LLC v. U.S. Department of Commerce and U.S. Department of State
## Civil Action No. 06-0949

## Grafeld Declaration Exhibit 5



**United States Department of State**

*Washington, D.C. 20520*

January 3, 2006

Robert Corn-Revere, Esq.
Davis Wright Tremaine LLP
Suite 450
1500 K Street NW
Washington, DC 20005-1272

Dear Mr. Corn-Revere:

Thank you for your letter of December 22, 2005, concerning Freedom of Information Act request number 200504606, in which you note that the Department of State has not yet responded to your FOIA request.

Your FOIA request is not subject to administrative appeal at this time, since no specific material has been denied in response to the request. Section (a)(6)(C) of the Act provides that a requester shall be deemed to have exhausted his administrative remedies if an agency fails to respond within the applicable time limit, which is twenty days. The requester, therefore, would not be required to appeal administratively before instituting suit in federal court. This provision does not, however, provide a basis for an administrative appeal of a request that is still being processed. Moreover, a lack of response is not the same as a response that no documents were found.

I have confirmed that your request is being processed, but am unable to predict the length of time before action on it will be completed. The Department receives thousands of FOIA and PA requests a year and yours will be processed in turn. I have sent a copy of your letter to the office which has been assigned responsibility for processing your request.

Sincerely,

Lori Hartmann
Appeals Officer
Office of Information Programs and Services

GRAFELD DECLARATION
Civil Action No. 06-0949
Exhibit 5