# ICM Registry, LLC v. U.S. Department of Commerce and U.S. Department of State
# Civil Action No. 06-0949

# Grafeld Declaration Exhibit 6



**United States Department of State**

*Washington, D.C. 20520*

JUL 5 2006

Case No. 200504606

Ronald G. London
Davis Wright Tremaine LLP
1500 K Street, Suite 450
Washington, D.C. 20005-1272

Dear Mr. London,

Pursuant to your request of October 18, 2005, for the release of information under the Freedom of Information Act (Title 5 USC Section 552), we initiated a search of the following record systems under the control of the Department of State: the Central Foreign Policy Records, the Bureau of Economic and Business Affairs, and the Office of the Legal Adviser.

In accordance with the e-mail correspondence between you and the Department dated June 22, 2006, enclosed is a copy of the file of press clippings retrieved by the Bureau of Economic and Business Affairs in this case.

As discussed in the e-mails referenced above, we have not reviewed these documents for responsiveness to your request.

The total number of pages duplicated is 1155. No charge is made for the first one hundred pages of duplication; therefore, the total fees incurred thus far are $158.25, representing 1055 pages duplicated @ $.15 per page. No fees are due at this time; we will inform you of your final fee total when we have completed processing your request.

In addition, the search of the records of the Central Foreign Policy Records has been completed, resulting in the retrieval of no documents responsive to your request.

Still in progress are the reviews of other material returned from the Bureau of Economic and Business Affairs, and material returned from the Office of the Legal Adviser. Additional information will be provided as soon as it becomes available.

GRAFELD DECLARATION
Civil Action No. 06-0949
Exhibit 6

If you have any questions with respect to our handling of your case, you may write to the Office of Information Programs and Services, SA-2, Department of State, Washington, D.C. 20522-8100. Please be sure to refer to the case number shown above in all correspondence about this case.

Your continued cooperation is appreciated.

                Sincerely,

                *Charles Lohrmann*
      *for* Margaret P. Grafeld
                Director
                Office of Information Programs
                   and Services

Enclosures:
  As stated.