# ICM Registry, LLC v. U.S. Department of Commerce and U.S. Department of State
## Civil Action No. 06-0949

## Grafeld Declaration Exhibit 7



**United States Department of State**

*Washington, D.C. 20520*

JUL 1 4 2006

Case No. 200504606

Ronald G. London
Davis Wright Tremaine LLP
1500 K Street NW, Suite 450
Washington, DC 20005-1262

Dear Mr. London:

Pursuant to your request of October 18, 2005 for the release
of information under the Freedom of Information Act (Title 5
USC Section 552), we initiated a search of the following
record systems under the control of the Department of State:
the Central Foreign Policy Records, the Bureau of Economic
and Business Affairs, and the Office of the Legal Adviser.

The search of the records of the Office of the Legal Adviser
has been completed, resulting in the retrieval of ten
documents responsive to your request.  After reviewing these
documents, we have determined that four may be released in
full and six may not be released.  All released documents are
enclosed.

Subsection (b)(5) of the Freedom of Information Act exempts
from disclosure inter-agency or intra-agency communications
containing deliberative process, attorney-client, or
attorney work product information.  The information in the
six documents withheld in full is exempt from release under
exemption 5 because it consists of pre-decisional
deliberative process material.

The search of the records of the Bureau of Economic and
Business Affairs has been completed, resulting in the
retrieval of 64 documents responsive to your request.  (This
is in addition to the 1,155 pages of documents we released to
you by letter dated July 5, 2006.)  After reviewing these
documents, we have determined that 26 may be released in
full, six may be released with excisions, and 27 may not be
released.  All released documents are enclosed.

GRAFELD DECLARATION
Civil Action No. 06-0949
Exhibit 7

A decision on the remaining five documents requires further interagency coordination.  They have been referred for review and direct reply to you.

The material in the excised portions of one of the documents released in part and in two of the documents withheld in full constitutes trade secrets or commercial or financial information obtained from a person and is privileged or confidential.  As such, it is exempt from release under subsection (b)(4) of the Freedom of Information Act.

Subsection (b)(5) of the Freedom of Information Act exempts from disclosure inter-agency or intra-agency communications containing deliberative process, attorney-client, or attorney work product information.  The information in the excised portions of five of the documents released in part and in 25 of the documents withheld in full is exempt from release under exemption 5 because it consists of pre-decisional deliberative process material.

In addition, the search of the Central Foreign Policy Records has been completed, resulting in the retrieval of no documents responsive to your request.

We have now completed the processing of your case.

The Freedom of Information Act provides for the recovery of the direct costs of duplicating records requested for non-commercial use.  No charge is made for the first two hours of search time or the first one hundred pages of duplication.  Total fees due in this case are $549.60, representing: 12.5 hours of executive search time @ $30.00 per hour ($375) and 1164 pages duplicated @ $0.15 per page ($174.60).  Please make your check or money order payable to the Treasurer of the United States, and mail it to the Office of Information Programs and Services, Room 8100, SA-2, Department of State, Washington, D.C., 20522-8100.  Please be sure to write the case number on your check or money order.

If you have any questions with respect to the processing of your request, you may write to the Office of Information Programs and Services, A/ISS/IPS/CR/WBP, Room 8100, SA-2, Department of State, Washington, D.C. 20522-8100.  You may also reach us by telephone at (202) 261-8314.  Please be sure to refer to the case control number shown above in all correspondence about this case.

We hope that the Department has been of service to you in this matter

Sincerely,

Margaret P. Grafeld
Director
Office of Information Programs and
Services

Enclosures:
   As stated