# ICM Registry, LLC v. U.S. Department of Commerce and U.S. Department of State
## Civil Action No. 06-0949

## Grafeld Declaration Exhibit 8



**United States Department of State**

*Washington, D.C. 20520*

AUG 17 2006

Case No. 200504606

Mr. Ronald G. London
Davis Wright Tremaine LLP
1500 K Street NW, Suite 450
Washington, DC 20005-1262

Dear Mr. London:

I refer to our letter dated July 14, 2006, regarding the release of certain Department of State material under the Freedom of Information Act (Title 5 USC Section 552).

You will recall that six documents retrieved from the files of the Office of the Legal Adviser were not released. Because one of those six documents originated with the National Telecommunications and Information Administration, U.S. Department of Commerce, that agency will include this document in its so-called "Vaughn" declaration.

You will also recall that 27 documents retrieved from the files of the Bureau of Economic and Business Affairs were not released. We have again reviewed those documents, and we have determined that one may be released in full and five may be released in part. All released documents are enclosed.

Subsection (b)(5) of the Freedom of Information Act exempts from disclosure inter-agency or intra-agency communications containing deliberative process, attorney-client, or attorney work product information. The information in the excised portions of the five documents released in part is exempt from release under exemption 5 because it consists of pre-decisional deliberative process material.

We have now completed the processing of your case. If you have any questions with respect to the processing of your request, you may write to the Office of Information Programs and Services, SA-2, Room 8100, Department of State,

GRAFELD DECLARATION
Civil Action No. 06-0949
Exhibit 8

- 2 -

Washington, DC 20522-8100. You may also reach us by telephone at (202) 261-8314. Please be sure to refer to the case number shown above in all correspondence about this case.

We hope that the Department has been of service to you in this matter.

Sincerely,

Margaret P. Grafeld
Director
Office of Information Programs
and Services

Enclosures:
  As stated