# ICM Registry, LLC v. U.S. Department of Commerce and U.S. Department of State
## Civil Action No. 06-0949

## Grafeld Declaration Exhibit 9

COPY to State; Referral DISA # 06-136



DEFENSE INFORMATION SYSTEMS AGENCY
P. O. BOX 4502
ARLINGTON, VIRGINIA 22204-4502

General Counsel

15 AUG 2006

Davis, Wright, Tremaine LLP
ATTN: Mr. Ronald G. London
1500 K Street NW, Suite 450
Washington DC 20005-1262

Dear Mr. London;

RE: State Department Referral, F200504606

On 14 July 2006, the Department of State (DoS) forwarded on to the Defense Information Systems Agency (DISA) Freedom of Information Act (FOIA) office some emails from one of our employees to a (now) former DoS employee that had been printed out and placed into a folder there at State. DISA was asked to review the emails, and respond directly to you on documents E 27, 37, 39, 40 and 41.

As one of my attorneys discussed with you, a DISA employee, with their supervisor's permission, sends out emails with online items on information technology matters to government and contractor contacts. This is a personal informal 'information sharing' or 'clipping service' email prepared on the employee's home PC and then sent out before work hours or during the employee's lunch hour. Because the former DoS employee in May 2006 asked that these emails also be sent to a webmail account (in addition to the DoS email account), E 40 and E 41 contain the same content, sent a few minutes apart. Each email has the following disclaimer:

> Not-for-profit, educational/informational ephemeral; all editorial comments are those of the author, in her personal capacity, and DO NOT reflect the position(s) of any company, agency or other entity

DISA does not consider these emails to be 'agency records' – per DoD 5400.7-R, "DoD Freedom of Information Act Program", 09/1998; Change 1, 4/11/2006 http://www.dtic.mil/whs/directives/corres/pdf/540007r_090498/540007r.pdf paragraph C1.4.3.2. The following are not included within the definition of the word "record": * * *

> C1.4.3.2.3. Personal records of an individual not subject to Agency creation or retention requirements, created and maintained primarily for the convenience of an Agency employee, and not distributed to other Agency employees for their official use. Personal papers fall into three categories: those created before entering Government service; private materials brought into, created, or received in the office that were not created or

GRAFELD DECLARATION
Civil Action No. 06-0949
Exhibit 9

received in the course of transacting Government business; and work-related personal papers that are not used in the transaction of Government business (see reference (c))[1].

Since, within each email, the bulk of the items are not related to the Internet Corporation for Assigned Names and Numbers (ICANN), the .xxx domain, or the topics covered in your FOIA request to DoS, Hillary Morgan of my office proposed to you, via a phone conversation at 1:45 PM on 14 Aug 06, to provide the dates, times, overall subject and the online item title and URL from the parts of the emails dealing with ICANN in response to the DoS FOIA referral. This action is permitted under DoD 5400.7-R, paragraph C1.5.7. Creating a Record as follows:

> A record must exist and be in the possession and control of the Department of Defense at the time of the search to be considered subject to this Regulation and the FOIA. There is no obligation to create, compile, or obtain a record to satisfy a FOIA request. A DoD Component, however, may compile a new record when so doing would result in a more useful response to the requester, or be less burdensome to the Agency than providing existing records, and the requester does not object. Cost of creating or compiling such a record may not be charged to the requester unless the fee for creating the record is equal to or less than the fee which would be charged for providing the existing record...

In subparagraph C1.5.14.1., our guidance advises:

> Consult with the requester, and ask if the requester views the information as responsive, and if not, seek the requester's concurrence to deletion of non-responsive information without a FOIA exemption. Reflect this concurrence in the response letter.

You concurred in this proposed approach, but asked that a written memo response be provided, rather than an email. There will be no charge for the production of this memo or its attachment, ICANN-related items from the emails sent to a (former) DoS employee by a DISA employee.

If you have any questions on this DISA response to you, you may contact Hillary Morgan, our Deputy General Counsel for Regulatory and International Law, at Phone: 703-607-6092, email hillary.morgan@disa.mil or our FOIA officer, Ms. Robin M. Berger, at (703) 607-6515.

Sincerely,

CARL WAYNE SMITH
General Counsel

Attachment as stated

---

[1] *"Personal Papers of Executive Branch Officials: A Management Guide," National Archives and Records Administration, Office of Records Administration, Washington, DC, 1992. Available from the Records Administration Information Center, Agency Services Division (NIA), Washington, DC 20408.*

2

### ICANN Items from Five Online 'Clipping' Emails Sent by a DISA Employee

**DoS # E 27** Tuesday, December 06, 2005 7:06 AM Subject: 9 Online Items 6 December 2005 {Gov} /8/ Yahoo!/AP 5 December 2005– ICANN Gives Tentative OK on '.asia' Domain Brian Bergstein http://news.yahoo.com/s/ap/20051206/ap_on_hi_te/icann_meeting;_ylt=Att1j2J.6w.z4aBX.OIR M0D6VbIF;_ylu=X3oDMTBjMHVqMTQ4BHNlYwN5bnNlYmNhdA-- (This URL no longer works; Yahoo returned: "Sorry, the page you requested was not found. The story or page you were trying to access may have expired") Item begins: "The quasi-governmental organization that oversees the Internet has tentatively approved a ".asia" Web Domain to unify the Asia-Pacific community, but the group has delayed a decision on whether to move forward with a ".xxx" zone for pornographic sites..." DISA employee also included these ICANN Titles and URLS: "Statement concerning Next Steps on Proposed .com Settlement" http://www.icann.org/announcements/announcement-05dec05.htm plus "ICANN concludes 24[th] International Public Meeting in Vancouver with action Governmental Advisory Committee evolution and Internationalised Domain Names" http://www.icann.org/announcements/announcement1-05dec05.htm

**DoS # E 37** Thursday, March 30, 2006 1:46 PM Online Items 30, 29 & 28 March 2006 {.gov} InternetNews 27 March 2006 http://www.internetnews.com/ent-news/article.php/3594661 ICANN Tackles Future of Internet David Miller "Amid brewing controversies, the Internet Corporation for Assigned Names and Numbers ( http://www.icann.org )' 25th International meeting officially opened on Monday in Wellington, New Zealand..." {URL still works.}

**DoS # E 39** Monday, April 17, 2006 6:43 AM 9 Online Items 17 April 2006 {.gov} Yahoo!/AP 15 April 2006 Internet Agency Weighs New Domain Name Anick Jesdanun http://news.yahoo.com/s/ap/20060415/ap_on_hi_te/contact_domain_name;_ylt=A86.IIJx WENEvgYB5g9j24cA;_ylu=X3oDMTA5aHJyMDdwBHNlYwN5bmNhdA-- (This URL no longer works; Yahoo returned: "Sorry, the page you requested was not found. The story or page you were trying to access may have expired") Item begins: "Reaching out and touching someone used to be as simple as dialing a string of numbers. But now there are home, cell and work phone numbers from which to choose, and sometimes work extensions to remember. There are also e-mail addresses—at home and at work— and instant messaging handles, perhaps separate ones for the various services, some of which now do voice and video besides text. Some people even have Web pages —through their employer or Internet service provider, or perhaps a profile or two on MySpace. To help people manage all their contact information online, the Internet's key oversight agency is considering a ".tel" domain name..."

**DoS # E 40** Thursday, May 11, 2006 7:21 AM 6 Online Items 11 May 2006 {.gov} FULL TEXT OF EMAIL ITEM: Yahoo!/AP 10 May 2006 http://news.yahoo.com/s/ap/20060511/ap_on_hi_te/internet_pornography {This URL no longer works; Yahoo returned: "Sorry, the page you requested was not found. The story or page you were trying to access may have expired"} ICANN Rejects '.xxx' Domain Name Anick

Attachment

Jesdanun Faced with opposition from conservative groups and some 'p*m*graphy' Web sites, the Internet's key oversight agency voted Wednesday to reject a proposal to create a red-light district on the Internet. The decision from the Internet Corporation for Assigned Names and Numbers ( http://www.icann.org ) reverses its preliminary approval last June to create a ".xxx" domain name for voluntary use by the 'adult' entertainment industry [[part deleted]] Meanwhile, ICANN approved the creation of a domain name designed to help people manage their contact information online. As envisioned, Internet users could buy a ".tel" name and set up a Web site with their latest digits—home, cell and work phone numbers, home and work e-mail addresses, instant messaging handles and perhaps even a MySpace profile. The ".tel" domain could appear in use as early as this year.[[rest deleted]] © 2006 The Associated Press © 2006 Yahoo! Inc. {ICANN release on vote against ".xxx" at http://www.icann.org/announcements/announcement-10may06.htm

**DoS # E 41** Thursday, May 11, 2006 7:23 AM 6 Online Items 11 May 2006 (.com/.net/.org) FULL TEXT OF EMAIL ITEM: Yahoo!/AP 10 May 2006
http://news.yahoo.com/s/ap/20060511/ap_on_hi_te/internet_pornography (This URL no longer works; Yahoo returned: "Sorry, the page you requested was not found. The story or page you were trying to access may have expired"} ICANN Rejects '.xxx' Domain Name Anick Jesdanun Faced with opposition from conservative groups and some 'p*m*graphy' Web sites, the Internet's key oversight agency voted Wednesday to reject a proposal to create a red-light district on the Internet. The decision from the Internet Corporation for Assigned Names and Numbers ( http://www.icann.org ) reverses its preliminary approval last June to create a ".xxx" domain name for voluntary use by the 'adult' entertainment industry [[part deleted]] Meanwhile, ICANN approved the creation of a domain name designed to help people manage their contact information online. As envisioned, Internet users could buy a ".tel" name and set up a Web site with their latest digits—home, cell and work phone numbers, home and work e-mail addresses, instant messaging handles and perhaps even a MySpace profile. The ".tel" domain could appear in use as early as this year.[[rest deleted]] © 2006 The Associated Press © 2006 Yahoo! Inc. {ICANN release on vote against ".xxx" at http://www.icann.org/announcements/announcement-10may06.htm