UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ICM REGISTRY, LLC, | ) |
| Plaintiff, | ) Civil Action No. 06-0949 (JR) |
| v. | ) |
| UNITED STATES DEPARTMENT OF COMMERCE and UNITED STATES DEPARTMENT OF STATE, | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of defendant, Department of Commerce's motion to dismiss, of all the papers filed in support of and in opposition to that motion, and of the entire record, and it appearing to the Court that the granting of defendant's motion would be just and proper, it is by the Court this ____ day of _____, 2006,

ORDERED that defendant's motion to dismiss be, and it hereby is, granted;

ORDERED that this case be, and it is, dismissed with prejudice.

_____
UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ICM REGISTRY, LLC, | ) <br> ) <br> ) |
| Plaintiff, | ) Civil Action No. 06-0949 (JR) <br> ) |
| v. | ) <br> ) |
| UNITED STATES DEPARTMENT OF COMMERCE and UNITED STATES DEPARTMENT OF STATE, | ) <br> ) <br> ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

## ORDER

Upon consideration of defendants' motion for summary judgment, of all the papers filed in support of and in opposition to that motion, and of the entire record, and it appearing to the Court that the granting of defendants' motion would be just and proper, it is by the Court this ____ day of _____, 2006,

ORDERED that defendants' motion for summary judgment be, and it hereby is, granted;

ORDERED that this case be, and it is, dismissed with prejudice.

_____
UNITED STATES DISTRICT COURT

Copies to:
Marian L. Borum
Assistant United States Attorney
501 Third Street, Fourth Floor
Washington, D.C. 20530
(202) 514-6531

Robert Corn-Revere
Ronald G. London
Amber Husbands
Davis Wright Tremaine, LLP
1500 K Street, N.W., Suite 450
Washington, D.C. 20005