**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ICM REGISTRY, LLC, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-0949 (JR) |
| U.S. DEPARTMENT OF COMMERCE, *et al.*, | : |
| Defendants. | : |

### ORDER

For the reasons set for in the accompanying memorandum, defendants' motion for summary judgment on claims I and II [9] is **granted in part and denied in part**, defendant's motion to dismiss claim III [9] is **denied**, and plaintiff's motion for summary judgment on claims I, II, and III [11] is **denied**.  Defendants are hereby **ordered** to submit a Vaughn index explaining the Commerce Department's denials of material responsive to FOIA request 06-127, and – as to the documents specified in the accompanying memorandum – to either provide additional justification for their withholding or to disclose them in their entirety to ICM.  These submissions shall be filed by April 30, 2007.

It is **SO ORDERED.**


JAMES ROBERTSON
United States District Judge