UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ICM REGISTRY, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF COMMERCE and<br>UNITED STATES DEPARTMENT OF STATE,<br><br>        Defendants. | Civil Action No. 06-0949 (JR) |

**CONSENT MOTION FOR ENLARGEMENT OF TIME**

Defendants, by undersigned counsel, pursuant to Fed. R. Civ. P. 6(b)(1), and for good cause shown, hereby respectfully move for an enlargement of time of two (2) days up to and including May 2, 2007, in which to respond to the Court's Memorandum and Order of March 29, 2007. Defendants' response would have otherwise been due on April 30, 2007. As grounds for this motion, defendants state as follows:

This case arises under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), and pertains to plaintiff's FOIA requests to the United States Department of Commerce and the United States Department of State.

On August 28, 2006, defendants filed a Motion to Dismiss and for Summary Judgment. See Docket Entry No. 9. On September 21, 2006, plaintiff filed a Consolidated Opposition to Defendants' Motion to Dismiss and for Summary Judgment, and Cross-Motion for Summary Judgment. See Docket Entry Nos. 11 and 12. On October 6, 2006, defendants filed a Reply to Plaintiff's Consolidated Motion. See Docket Entry Nos. 13 and 14. On March 29, 2007, the

Court issued a Memorandum and Order which granted in part and denied in part defendants' motion to dismiss Counts I and II, and denied Count III of the motion.[1]  See Docket Entry No. 16. The Court also denied plaintiff's motion for summary judgment on Counts I, II and III.  With respect to Count I, the Court ordered defendant Department of State to "provide additional justification for the withholding of [certain documents] or provide them to [plaintiff]."  See id. at 19.  With respect to Count II, the Court ordered defendant Department of Commerce to "provide additional justification for the withholding of [certain documents] or provide them to [plaintiff]." See id. at 25.   Finally, with respect to Count III, the Court ordered defendant Department of Commerce "to submit a Vaughn index and supporting material explaining its denial of material responsive to . . . the FOIA request . . . ."  Id. at 28.

    The response to the Court's Memorandum and Order has been substantially completed. However, as documents were being released and submissions being received as of today, undersigned counsel has been unable to complete its dispositive motion.  Therefore, undersigned counsel is requesting an additional two days to complete the motion.  Undersigned counsel has been in contact with counsel for plaintiff who graciously consented to this Motion for Enlargement of Time.

    For these reasons, defendants respectfully request that this Motion for Enlargement of Time be granted.

    An order granting the relief sought is attached hereto.

---

[1] Count I of the motion pertained to Freedom of Information Act Request No. 04-606 (Department of State).  Count II of the motion pertained to Freedom of Information Act Request No. 06-068 (Department of Commerce).  Count III of the motion pertained to Freedom of Information Act Request No. 06-127 (Department of Commerce).

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
MARIAN L. BORUM, D.C. BAR # 435409
Assistant United States Attorney
United States Attorney's Office
555 Fourth Street, N.W. - Civil Division
Washington, D.C.  20530
(202) 514-6531
Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of April, 2007, the foregoing was served upon counsel for plaintiff via the Court's ECF e-mail.

/s/
MARIAN L. BORUM
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ICM REGISTRY, LLC, | ) |
| | ) |
| Plaintiff, | )  Civil Action No. 06-0949 (JR) |
| v. | ) |
| | ) |
| UNITED STATES DEPARTMENT OF COMMERCE and UNITED STATES DEPARTMENT OF STATE, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

UPON CONSIDERATION of defendant's Motion for Enlargement of Time to respond to the Court's Memorandum and Order, it is, on this _____ day of _____, 2007,

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that defendants shall have up to and including May 2, 2007 in which to respond to the Court's Memorandum and Order.

_____
UNITED STATES DISTRICT JUDGE

Marian L. Borum
Assistant United States Attorney
United States Attorney's Office
555 Fourth Street, N.W., Room 4-4810
Washington, D.C. 20530

Robert Corn-Revere
Ronald G. London
Amber Husbands
Davis Wright Tremaine, LLP
1500 K Street, N.W., Suite 450
Washington, D.C. 20005