# ICM Registry, LLC v. U.S. Department of Commerce and U.S. Department of State
## Civil Action No. 06-0949

## Beaird Declaration
## Exhibit 1



APR 27 2007

**United States Department of State**

*Washington, D.C. 20520*

Case No. 200504606
Segment EB001

Mr. Ronald G. London
Davis Wright Tremaine LLP
1500 K Street NW, Suite 450
Washington, DC 20005-1262

Dear Mr. London:

I refer to our letter dated July 14, 2006, regarding the release of certain Department of State material under the Freedom of Information Act (Title 5 USC Section 552).

Upon further consideration of three of the documents (E18, E31, and E32) that were previously withheld in part or in full, we have now determined that they may be released in full. The released documents are enclosed.

We have now completed the processing of your case. If you have any questions with respect to the processing of your request, you may write to the Office of Information Programs and Services, SA-2, Room 8100, Department of State, Washington, DC 20522-8100. You may also reach us by telephone at (202) 261-8484. Please be sure to refer to the case number shown above in all correspondence about this case.

We hope that the Department has been of service to you in this matter.

Sincerely,

*Charles Lahiguera*

for Margaret P. Grafeld, Director
Office of Information Programs
and Services

Enclosures:
As stated

EXHIBIT 1