# ICM Registry, LLC v. U.S. Department of Commerce and U.S. Department of State
## Civil Action No. 06-0949

## Beaird Declaration
## Exhibit 2

UNCLASSIFIED



Shipman, Sally A

| | |
|---|---|
| **From:** | Beaird, Richard C |
| **Sent:** | Monday, August 01, 2005 4:48 PM |
| **To:** | Shipman, Sally A |
| **Subject:** | RE: White House High Tech Conference Call 7/25 |

**RELEASED IN PART**
**B5**

ok

-----Original Message-----
**From:** Shipman, Sally A
**Sent:** Monday, August 01, 2005 4:37 PM
**To:** Beaird, Richard C
**Subject:** FW: White House High Tech Conference Call 7/25

I would like to attend that meeting on xxx at least to see where that discussion is going. Thoughts?
-----Original Message-----
**From:** Weinschenk, Andrew J
**Sent:** Monday, August 01, 2005 4:25 PM
**To:** Lamb, Richard H; Gross, David A; 'davidagross@yahoo.com'
**Cc:** Beaird, Richard C; Boehme, Robert W; Lett, Steven W; Dragnich, George S (OES); Shipman, Sally A; Shelton, Elizabeth W; Hyde, Andrew G
**Subject:** RE: White House High Tech Conference Call 7/25

Highlights from today's call. Helen Domenici presided. Erik and Meredith were on the line from NTIA. Pointed questions about "where is Richard Russell" not answered.

1. ICANN scheduled to vote on creation of .xxx at August 16 board meeting. Many conservative social groups oppose creation of the new gTLD. Have sent several thousand e-mails.

B5

6. ID theft bill. Senate Commerce has marked-up Identity Theft Protection Act. Sens. Bill Nelson and Dorgan have proposed amendment that would ban purchase and sale of SSNs on the Internet.

B5

B5

UNITED STATES DEPARTMENT OF STATE
REVIEW AUTHORITY: DONALD A JOHNSTON
DATE/CASE ID: 11 JUL 2006   200504606

UNCLASSIFIED

EXHIBIT 2

-----Original Message-----
**From:** Lamb, Richard H
**Sent:** Monday, July 25, 2005 4:23 PM
**To:** Gross, David A; 'davidagross@yahoo.com'
**Cc:** Beaird, Richard C; Boehme, Robert W; Lett, Steven W; Dragnich, George S (OES); Shipman, Sally A; Weinschenk, Andrew J; Shelton, Elizabeth W; Hyde, Andrew G
**Subject:** White House High Tech Conference Call 7/25

**David-**

Here are the highlights of the conference call today. Helen Domenici presided. Eric spoke for NTIA.

1. John Kneuer is on his way to Mexico city for HLCC spectrum meeting with you.

2. Meredith Attwell is in Austin at the NARUC convention.

B5

6. Wayne Dunham, an expert in competition issues, will replace CEA/Anne Berry in the second week of August.

7. Senate Commerce Committee will have a markup hearing this week on their recently introduced ID theft bill.

B5

8. Thursday's House PTO oversight hearing has been postponed.

9. House will be hearing from industry this week on patent reform issue.

10. Chris Israel fills the appropriations bill created post of IPR tsar. Since Chris is the first to have this position, he is still trying to take stock.

B5

B5

UNCLASSIFIED

**Richard**