# ICM Registry, LLC v. U.S. Department of Commerce and U.S. Department of State
## Civil Action No. 06-0949

## Beaird Declaration
## Exhibit 3

E36.

RELEASED IN PART
B5

White House High Tech Conference Call 03/27/06

David-

Here are the highlights of the conference call today.

- Regarding the status of telecom reform on the hill: NTIA reported support for the bipartisan house proposal (group of 5-6: Barton, Pickering, Dingle,..) has broken up, due to complaints by the rank and file, leaving a Barton only bill for the 3/30 hearing (no markup). Senate is expected to have a similar hearing just before Easter on heavier issues such as USF reform, net neutrality (Stevens), and franchising. [B5 redacted]

- Although not on the agenda for the next board meeting, .xxx will be a subject for the GAC at the ICANN meeting in Wellington NZ. [redacted]

- [redacted]

- FTC will be testifying on public safety interoperability regarding offering state grant funds at the local level. Hearing is 2pm on the 4th before the House Homeland Security Committee Sub-committee on Homeland Security. [redacted]

- FTC principals will be traveling to Japan (MITI) and Korea to discuss spam, spyware, and DRM.
- FTC will also be releasing its annual report which includes discussions of a wide range of privacy topics.
- [redacted]

Richard