# ICM Registry, LLC v. U.S. Department of Commerce and U.S. Department of State
## Civil Action No. 06-0949

## Beaird Declaration
## Exhibit 4

UNCLASSIFIED

e68

RELEASED IN PART
B5

David-

Here are the highlights of the conference call today. Richard Russell presided.

1. [redacted] B5

2. Last week a meeting to engage the Hill early on interoperaoperability (communications between various authorities) problems associated with Katrina resulted in an understanding that govt through its participation in steering committees will look to the TIA to come up with solutions. A program called SafeComm-2 will work to get States communicating with each other. Although legally difficult, the Hill is interested in greater govt involvement and seeking ways to mandate the expediency of these processes. [redacted]

3. Mike leaves for Geneva in a few hours.

4. [redacted]

5. Comments over the House telecom bill will filter in over the next two weeks.

6. Congressman Wolf's Innovation Summit will be held at DOC Dec 6th. [redacted]

7. In a meeting last Friday, there continue to be difficulties reconciling Burns and Sununu spyware bills. [redacted]

8. FTC will be rolling out its On-guard / On-line initiative covering cyber security tomorrow at 11AM. It consists of an education program with unbranded material (ie can be used by anyone) and a Web site. It represents a 2-3 year effort between FTC, DHS and public-private partnership with industry lots of industry involvement to show consumers and home users how to protect themselves on-line.

UNITED STATES DEPARTMENT OF STATE
REVIEW AUTHORITY: CHARLES E LAHIGUERA
DATE/CASE ID: 11 AUG 2006  200504606

UNCLASSIFIED

EXHIBIT 4

UNCLASSIFIED

Richard