# ICM Registry, LLC v. U.S. Department of Commerce and U.S. Department of State
## Civil Action No. 06-0949

## Beaird Declaration
## Exhibit 5

UNCLASSIFIED

e69

RELEASED IN PART
B5

David-

Here are the highlights of the conference call yesterday. Stan and Meredith presided.

1. At the first ICANN board meeting after WSIS, discussions on .xxx were deferred and discussions commenced regarding what could be done in the GAC to comfort governments and avoid the specter of an IGO. The Next ICANN meeting will be in Wellington New Zealand in March.

2. [redacted] B:

3. Regarding the President's Spectrum Initiative deliverables. After receiving 12 out of 15 progress reports, NTIA will soon be ready to turn around the complete report to OSTP. There will likely be a Committee meeting in January.

4. Before the Hill adjourns, NTIA is looking for DTV budget reconciliation.

[redacted]

5. [redacted]

Richard

UNITED STATES DEPARTMENT OF STATE
REVIEW AUTHORITY: CHARLES E LAHIGUERA
DATE/CASE ID: 11 AUG 2006  200504606

UNCLASSIFIED

EXHIBIT 5