# ICM Registry, LLC v. U.S. Department of Commerce and U.S. Department of State
## Civil Action No. 06-0949

## Beaird Declaration
## Exhibit 6

UNCLASSIFIED

**RELEASED IN PART**
**B5**

David-

Here are the highlights of the conference call today. Stan presided.

1. The DTV transition bill was kicked back to Senate.

B

2.

3. People may be in town this week regarding the pending ICANN/Verisign settlement. The parties have an agreed term sheet which ICANN has published since parts effect current the ICANN-Verisign agreement. The quasi-public comment period on this term sheet keeps getting extended.

4.

5. DOJ and DOC will meet on CALEA issues tomorrow. OSTP (Stan) would like to attend.

6. Stan continues to press for a face to face meeting of this call's participants some Monday this month.

Richard

UNITED STATES DEPARTMENT OF STATE
REVIEW AUTHORITY: CHARLES E LAHIGUERA
DATE/CASE ID: 11 AUG 2006  200504606

UNCLASSIFIED

EXHIBIT 6