# ICM Registry, LLC v. U.S. Department of Commerce and U.S. Department of State
## Civil Action No. 06-0949

## Beaird Declaration
## Exhibit 7

**Shipman, Sally A**

From: r.beaird@att.net
Sent: Monday, July 18, 2005 12:41 PM
To: Gross, David A; Shipman, Sally A; Finton, Timothy C
Subject: Re: FW:

RELEASED IN PART
B4

Thanks.

---------- Original message from "Gross, David A" <GrossDA@state.gov>: ----------

-----Original Message-----
**From:**
**Sent:** None
**Subject:**

Dear Ambassador Gross

We hope you can join us for the reception noted in the attachment on 7/21. As a board member of USTTI, it would be lovely to have you as a guest.

However, we also would like to invite you to address the guests from the developing countries regarding WSIS/WGIG, or any other topics you might want to address.

Kelly has indicated that you may be able to address the group earlier in the day but that isn't firmed up. She and I have discussed having you come a bit early and speaking to them at the end of the AT&T session on VoIP, regarding WSIS/WGIG, etc. Sorry I am so late in following up on this.

But the purpose of my contact:

AT&T is hosting the regulators in the afternoon of 7/21 at the AT&T Innovation Center from about 1:45 p.m. on through the evening reception. In arranging the program, for the afternoon, we could offer you a time slot at around 4:00 p.m. if that could make sense to you and your schedule. We would need to break at around 4:45 pm. and then we would move into the reception itself.

If you prefer, we could also invite you to make comments AT the reception, but as you know, a better and more informal opportunity to interact with you might be preferable... thus, I wondered if you might come to join us at 4 for a WSIS/WGIG discussion. We have also invited Michael Gallagher, Assistant Secretary, DoC to join us for the reception. We would of course, also certainly welcome including him in the more informal dialogue with the regulators, at the 4 pm slot, if that seemed advisable to you.

The agenda for the earlier program is a rather broad and wide ranging presentation on IP Enabled Services/VoIP including several demos, a discussion on Mobile Termination Rates and the take down of international circuits, and if you aren't able to attend to address them, then I'll do a WSIS/WGIG discussion from 4-4:45 p.m. "a business perspective on Internet governance" . I'd probably invite Harris Miller to join me for that, if you aren't available. ☺

I'd obviously prefer to have you as a guest speaker, and include Mike if that might work out.

I've invited most of your team: Dick, Sally, Marion, Jamie, Bob Watts, Tim Finton... but of course all are here in Geneva for Council. Are there others I should invite whom I've overlooked?

Do let me know if you can accept the speaking invitation, either for the earlier p.m. event. If we need to use the time of the reception, I need to work out some things with the sponsors, the Global IP Alliance, AT&T and Pulver... which is doable, but just needs management on my part.

Let me know....

Kelly's aware of my contact with you. The rest of the email is private so I didn't copy her. I'll follow up with her separately on the other details, though.

Other updates:

As you may suspect, I'm here in Geneve, for release of the WGIG report then the Tuesday day on real life experiences on Internet Governance. Had dinner with Fiona last night. Hope to see Dick briefly for a coffee if possible while here.

Just a little note on ICANN: a quick summary: very difficult meeting. Quite strange behavior on ICANN's part. Had a serious breakdown on a process issue and that made the meeting very challenging. NOT because of the US Principles, which I expected to create an uproar with the community, and perhaps the GAC. .xxx was a factor to diverting the GAC, and then for the community, they were actually sort of blown off the working agenda for the stakeholders by a little dust up in process related to the .net agreement that had the community in an uproar... quite rightfully so. BIG failure in process and at first a rather unorderly approach to how to fix. Took us most of the week, but with the help of some of the new board members, especially the guy from New Zealand, things seem back on! track.

B4

The WSIS event I organized was quite good, and we had Karklins, Desai, and Kummer as speakers; then a panel of the WGIG. The audience was quite engaged...

I'd like you to start thinking about whether I could invite you as a guest speaker to the Vancover meeting for "Post WSIS: the next stage for Internet Governance"... I might also invite a few other signatories as well, so that you would feel "at home", but we could work on whether that seems feasible. We could do a look ahead at the follow on to the WSIS and have a few guests to offer their perspectives.

B4

I'll be on the prep call for the USCIB meeting, at AT&T's request, but not sure if they will allow me to dial in to listen to the discussion on Tuesday. I hope to keep the ITAA positions clear and focused. Your clear messaging to USCIB and to ITAA is incredibly important to help inform the industry.
Best regards, Marilyn

---

From: Marilyn Cade [mailto:marilynscade@hotmail.com]
Sent: Sunday, July 17, 2005 6:59 AM
To: Dick Beaird (beairdrc@state.gov); Sally Shipman (shipmansa@state.gov); Marion Gordon (gordonmr@state.gov); Tim Finton (fintonTC@state.gov); Jamie Ennis (EnnisJG@state.gov); Liz Shelton

UNCLASSIFIED

6/5/2006

(SheltonEW@state.gov); Bob Watts
Cc: 'Hedlund, Julie'; 'DeLuca,Gail L - CMO'
Subject: FW: Invitation to Reception on July 21 at AT&T Innovation Center

[x] Right-click here to download pictures. To help protect your privacy, Outlook prevented automatic download of this picture from the Ir

I know that several of you are at the ITU Council and regret that we cannot expect to have you join us for the reception noted above. I hope, however, for anyone "left in D.C.", that you can come.

And bring along colleagues from the country desks, that may be interested. Just let me know of any additional guests that you have invited. We are very flexible and would welcome your colleagues joining us.

The reception is to recognize and welcome the regulators from the Developing Countries who are here via the USTTI program. They will be at the FCC for the next week and we hope you will be able to take advantage of the early opportunity to welcome them to Washington, D.C.

The Global IP Alliance includes companies like SBC, Skype, Pulver, Lavalite, and others, and is focused on building a light handed policy approach for VoIP on a global basis. On the 21st, the Alliance will release a new matrix describing the regulatory treatment of VoIP in several countries and introducing a WIKI approach to enable the participation of developing countries in information sharing regarding the very dynamic environment of policy in VoIP. Julie Hedlund, a familiar name to you, and I are advising the Global IP Alliance on some of its activities.

I wonder if you might be interested in a short presentation from the Alliance just before the reception? We could arrange a briefing at the Innovation Center at around 4:30 p.m. and then just move directly into the reception for anyone interested.

Just to explain my role, I am organizing their participation in meetings in DoC, with you, and at the reception. Julie and I are jointly engaged in this endeavor. The Alliance will sponsor the reception, along with AT&T and USTTI. We will have around 28 regulators in attendance, who will be attending the FCC training the following week. We have invited approximately another 35-40 additional guests from government and industry to join us. We hope you can participate with us in welcoming them to D.C. I am also inviting Ambassador Gross, by the way, who I understand from USTTI, may actually address the group that day regarding the WSIS.

I do hope you can come.

Best regards, Marilyn