# ICM Registry, LLC v. U.S. Department of Commerce and U.S. Department of State
## Civil Action No. 06-0949

## Second Supplemental Smith Declaration
## Exhibit 1

**UNITED STATES DEPARTMENT OF COMMERCE**
Office of the General Counsel
Washington, D.C. 20230

Robert Corn-Revere, Esq.
Davis Wright Tremaine LLP
Suite 450, 1500 K Street NW
Washington, D.C. 20005-1262

APR 3 0 2007

Dear Mr. Corn-Revere:

In preparing the <u>Vaughn</u> Index of documents withheld that are responsive to your December 2, 2005 Freedom of Information Act (5 U.S.C. § 552)(FOIA), to be filed with the Court in Case No. 1:06CV00949, we determined that one document previously withheld may released. Document number 000026 is a one-page e-mail from John Kneuer to Meredith Attwell, dated November 22, 2005. That document is enclosed.

Sincerely,

Sarah E. Coe
Senior Counsel

Enclosure

**EXHIBIT 1**