IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ICM REGISTRY, LLC, | ) |
|               Plaintiff, | ) |
| v. | ) Case No. 1:06CV00949 (JR) |
| UNITED STATES DEPARTMENTS OF COMMERCE and STATE, | ) |
|               Defendants. | ) |

**CONSENT MOTION FOR ENLARGEMENT OF TIME**

Plaintiff ICM Registry, LLC ("ICM"), pursuant to Fed. R. Civ. P. 6(b)(1) and for good cause shown, hereby respectfully moves for an enlargement of time of ten (10) days, up to and including May 24, 2007, in which to respond to Defendants' Second Motion for Summary Judgment (Doc. No. 19) and to cross move for summary judgment in its own right. The additional time is required to allow ICM to fully address the government's claims and mirrors the amount of time to which the parties agreed and the Court granted for the initial summary judgment pleadings in this matter. Defendants' counsel has indicated to undersigned counsel their consent to this Motion.

On March 29, 2007, the Court issued in this Freedom of Information Act ("FOIA") action an Order (Doc. No. 17) and Memorandum & Opinion (Doc. No. 16) on the parties' motions for summary judgment.[1] The Order required that by April 30, 2007 Defendants, with respect to a

---

[1] The Court also denied therein a motion by Defendant Department of Commerce ("DoC") to dismiss ICM's claims with respect to one of the three FOIA requests at issue in this case, as to which DoC had not justified its withholdings and redactions but rather sought dismissal on the asserted ground that ICM's administrative appeal was untimely and thus never decided, which precluded issuance of an agency order ripe for appeal.

number of records remaining at issue, provide further justification for withholding and/or redacting them (or disclose them), and file a *Vaughn* index explaining DoC's denials of material responsive to the FOIA request as to which it had sought to dismiss ICM's claims on procedural grounds rather than substantively defending the withholdings and redactions. *See supra* note 1. On May 2, 2007 (after ICM consented to and the Court granted a Consent Motion for Enlargement of Time (Doc. No. 18)), Defendants filed a Second Motion for Summary Judgment (Doc. No. 19) consisting of well over 100 pages, including a 45-page supporting memo, a 17-page *Vaughn* index that represents the government's first substantive explanation of its withholdings with respect to the FOIA request to which it pertains, and two new declarations with several supporting exhibits. Absent a grant of the instant Consent Motion, under LCvR 7(b) ICM would have only eleven (11) days to respond to these submissions.

The Court afforded Defendants 32 days (including the two-day extension sought in the Consent Motion to Enlarge) to file an extensive Second Motion for Summary Judgment. It is only equitable that ICM not be limited to just 11 days to respond, which in part will entail ICM filing its own renewed summary judgment motion. While ICM does not seek the full period allotted Defendants, it respectfully seeks an enlargement of time commensurate with the volume and breadth of the government filing and with a period for filing a summary judgment opposition and cross-motion as to which the parties and the Court previously agreed was appropriate.

For these reasons, defendants respectfully request that the Court grant this Motion for Enlargement of Time.

An order granting the relief sought is attached hereto.

Respectfully submitted,

DAVIS WRIGHT TREMAINE L.L.P.


___/s/ Robert Corn-Revere___

Robert Corn-Revere – Bar No. 375415
Ronald G. London – Bar No. 456284
Davis Wright Tremaine LLP
1919 Pennsylvania Ave., N.W., Suite 200
Washington, D.C. 20006
(202) 973-4200

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of May, 2007, a copy of the foregoing was served upon counsel for Defendants via the Court's ECF e-mail:

                                      /s/
                            Ronald G. London