IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ICM REGISTRY, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) Case No. 1:06CV00949 (JR)<br>UNITED STATES DEPARTMENTS )<br>OF COMMERCE and STATE, )<br>)<br>Defendants. )<br>_____) | |

### ORDER

UPON CONSIDERATION of plaintiff's Motion for Enlargement of Time to respond to the Defendant's Second Motion for Summary Judgment, it is, on this ___ day of _____, 2007, HEREBY ORDERED that the motion is granted, and it is FURTHER ORDERED that plaintiff shall have up to and including May 24, 2007 in which to respond to the Defendants' Second Motion for Summary Judgment.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Robert Corn-Revere, Esq.
Ronald London, Esq.
Davis Wright Tremaine LLP
1919 Pennsylvania Ave., N.W., Suite 200
Washington, D.C. 20006

Marian L. Borum
Assistant United States Attorney
United States Attorney's Office
555 Fourth Street, N.W., Room 4-4810
Washington, D.C. 20530