IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

ICM REGISTRY, LLC,            )
                              )
            Plaintiff,   )
                              )
v.                            )
                              )  Case No. 1:06CV00949 (JR)
UNITED STATES DEPARTMENTS     )
OF COMMERCE and STATE,        )
                              )
            Defendants.  )
_____)

**ORDER GRANTING PLAINTIFF'S RENEWED
MOTION FOR SUMMARY JUDGMENT**

Upon consideration of Plaintiff's Renewed Motion for Summary Judgment ("Motion") filed herein by ICM Registry, LLC ("ICM"), and any opposition thereto, and it appearing to the Court that good reason exists to grant the Motion, it is this ___ day of _____, 2007, by the United States District Court for the District of Columbia:

ORDERED, that the Motion is hereby granted; and it is further

ORDERED, that defendants United States Department of Commerce and United States Department of State shall within ten (10) days of this Order provide copies of all documents, not heretofore produced in full or approved for withholding or redaction by the Court, that were specified in ICM's requests for access dated October 18, 2005, seeking records relating to communications between March 1, 2005 and October 18, 2005, involving approval by Internet Corporation for Assigned Names and Numbers' ("ICANN"), and/or by its Board of Directors, of a new ".xxx" sponsored top-level domain ("sTLD"), and/or ICANN's or its Board's approval of ICM Registry's contract to operate the .xxx sTLD; and it is further

ORDERED, that defendants United States Department of Commerce and United States Department of State shall within ten (10) days of this Order provide copies of all documents, not

heretofore produced in full or approved for withholding or redaction by the Court, that were specified in ICM's requests for access dated October 18, 2005, seeking records relating to communications between March 1, 2005, and October 18, 2005, between any personnel at the agency, or any Bureau or other component thereof, and the ICANN Board and its staff, ICANN's Government Advisory Committee ("GAC"), any GAC member country, or any individuals or agency in a GAC member country, regarding the .xxx sTLD; and it is further

ORDERED, that defendant United States Department of Commerce shall within ten (10) days of this Order provide copies of all documents, not heretofore produced in full or approved for withholding or redaction by the Court, that were specified in ICM's request for access dated December 2, 2005, seeking records pertaining to Deputy Assistant Secretary for Communications and Information John Kneuer's plans to attend, and/or his participation in, the ICANN meeting held November 30 through December 4, 2005, in Vancouver, Canada.

Date:_____

_____
United States District Court Judge

Copies to:

Robert Corn-Revere
Ronald G. London
Davis Wright Tremaine, L.L.P.
1919 Pennsylvania Ave, N.W., Suite 200
Washington, D.C.  20006

Jeffrey A. Taylor
Rudolph Contreras
Marian L. Borum
501 Third Street, N.W., Fourth Floor
Washington, D.C.  20530
(202) 514-6531