Counsel for Defendants