UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ICM REGISTRY, LLC, | ) |
|               Plaintiff, | ) Civil Action No. 06-0949 (JR) |
| v. | ) |
| UNITED STATES DEPARTMENT OF COMMERCE and UNITED STATES DEPARTMENT OF STATE, | ) |
|               Defendants. | ) |

**DEFENDANTS' CONSENT MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S RENEWED MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO DEFENDANTS' SECOND MOTION FOR SUMMARY JUDGMENT**

Defendants, by undersigned counsel, pursuant to Fed. R. Civ. P. 6(b)(1), and for good cause shown, hereby respectfully move for an enlargement of time in which to move, answer or otherwise respond to the Plaintiff's Renewed Motion for Summary Judgment. Defendants' response to the motion would have otherwise been due on June 7, 2007. Defendants also respectfully move for an enlargement of time of twenty-three (23) days in which to reply to Plaintiff's Opposition to Defendant's Second Motion for Summary Judgment. Defendants' response to the opposition would have otherwise been due on June 4, 2007. Defendants request that the responses to Plaintiff's Renewed Motion for Summary Judgment and Plaintiff's Opposition to Defendant's Second Motion for Summary Judgment be due on the same date, June 27, 2007. As grounds for this motion, defendants state as follows:

This case arises under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 and

concerns three FOIA requests filed by plaintiff - - one with the Department of State and two with the Department of Commerce - - regarding plaintiff's proposal before the Internet Corporation for Assigned Names and Numbers to create a new '.xxx' sponsored top-level domain.  See Complaint, Docket Entry No. 1; Defendants' Motion to Dismiss and for Summary Judgment, Docket Entry No. 9.

In defendants' initial Motion to Dismiss and for Summary Judgment, the Department of State moved for summary judgment regarding Freedom of Information Act Request No. 04-606 filed with it by plaintiff, and the Department of Commerce moved for summary judgment regarding one of the Freedom of Information Act requests filed with it by plaintiff - - Request No. 06-068.  Each defendant argued that there were no material facts in dispute and that it was entitled to judgment as a matter of law.  See Docket Entry No. 9 at pp. 15-44.

Defendant Department of Commerce also moved to dismiss the second Freedom of Information Act request filed with it by plaintiff - - Request No. 06-127 - - arguing that plaintiff failed to exhaust its administrative remedies.  See Docket Entry No. 9 at pp. 6-8.

In a Memorandum and Order dated March 29, 2007 ("Court's Memorandum"), the Court granted in part and denied in part defendants' motion for summary judgment regarding FOIA Request No. 04-606, filed with the Department of State, and FOIA Request No. 06-068 filed with the Department of Commerce.  See Court's Memorandum, Docket Entry Nos 16 and 17 at p. 1. The Court also denied the Department of Commerce's motion to dismiss FOIA Request No. 06-127.  Id.

In its Memorandum, the Court agreed that most of the Department's withholdings under Exemption (b)(5) were proper.  See id. at 11.  However, with respect to nine documents withheld

under Exemption (b)(5), the Court determined that the government had not adequately explained how the deliberative process privilege applied, and ordered the Department of State to "either provide additional justification for the withholding of the[ twelve documents] or to provide them to [plaintiff]." See id. at 19.

The Department of Commerce withheld 183 documents in part and sixty documents in full pursuant to 5 U.S.C. § 552(b)(5). However, in its Memorandum, the Court determined that the Department of Commerce did "not meet its burden to demonstrate how exemption (b)(5) applie[d to twenty-six of these documents]." Id. at 20-25. The Court ordered defendant Department of Commerce to "either provide additional justification for the withholding of these materials or release them to [plaintiff]." Id. t 25.

Finally, in its Memorandum, the Court ordered the Department of Commerce "to submit a Vaughn index and supporting material explaining its denials of materials responsive to FOIA Request No. 06-127." Id. at 28.

On May 2, 2007, defendants' complied with the Court's Order and filed its Second Motion for Summary Judgment. See Docket Entry No. 19. On May 24, 2007, plaintiff filed a fifty-one paged Renewed Motion for Summary Judgment and a thirty-eight paged Consolidated Opposition to Defendants' Second Motion for Summary Judgment, and Memorandum in Support of Renewed Motion for Summary Judgment. See Docket Entry Nos. 21 and 22.

Defendants' request an enlargement of time in order to respond to both documents. Absent an enlargement of time, agency counsel for the Department of State and the Department of Commerce would have the difficult task of responding to both documents within nine (9) business days. Moreover, undersigned counsel has been informed that agency counsel for the

Department of Commerce will be out of the office until June 4, 2007.

Pursuant to Local Civil Rule 7(m), undersigned counsel has conferred with plaintiff's counsel. Plaintiff's consents to this motion.

An order granting the relief sought is attached hereto.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


/s/
MARIAN L. BORUM, D.C. BAR # 435409
Assistant United States Attorney
555 Fourth Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-6531
Counsel for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of May, 2007, the foregoing was served upon counsel for plaintiff via the Court's ECF e-mail.

        /s/
MARIAN L. BORUM, D.C. Bar # 435409
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ICM REGISTRY, LLC, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 06-0949 (JR) |
| v. ) | |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| COMMERCE and ) | |
| UNITED STATES DEPARTMENT OF ) | |
| STATE, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**O R D E R**

UPON CONSIDERATION of defendants' Consent Motion for Enlargement of Time to respond to Plaintiff's Renewed Motion for Summary Judgment and Opposition to Defendants' Second Motion for Summary Judgment, it is, on this _____ day of _____, 2007,

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that defendants shall have up to and including June 27, 2007 in which to respond to Plaintiff's Renewed Motion for Summary Judgment and Opposition to Defendants's Second Motion for Summary Judgment.

_____
UNITED STATES DISTRICT JUDGE

Marian L. Borum
Assistant United States Attorney
555 Fourth Street, N.W., Room 4-4810
Washington, D.C. 20530

Robert Corn-Revere
Ronald G. London
Davis Wright Tremaine, LLP
1500 K Street, N.W., Suite 450
Washington, D.C. 20005