**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

ICM REGISTRY, LLC,                    :
                                      :
        Plaintiff,                    :
                                      :
    v.                                : Civil Action No. 06-0949 (JR)
                                      :
U.S. DEPARTMENT OF COMMERCE, *et*     :
*al.*,                                :
                                      :
        Defendants.                   :

**ORDER**

For the reasons set forth in the accompanying

memorandum, defendants' motion for summary judgment [19] is

**GRANTED.**


                    JAMES ROBERTSON
              United States District Judge