UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ICM Registry, LLC
_____
Plaintiff

vs.   Civil Action No. 1:06-cv-00949-JR

United States Dept. of Commerce; United States Dept. of State
_____
Defendant

## NOTICE OF APPEAL

Notice is hereby given this 8th day of May, 20 08, that

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from

the judgment of this Court entered on the 12th day of March, 20 08

in favor of Defendants United States Department of Commerce and United States Department of State

against said Plaintiff ICM Registry, LLC.

_____
Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**   Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

Marian L. Borum
U.S. ATTORNEY'S OFFICE
Judiciary Center Building
555 Fourth Street, NW
Room 481
Washington, DC 20530