# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 08-5137**                                    **September Term 2007**

1:06-cv-00949

Filed On: June 24, 2008 [1123369]

ICM Registry, LLC,

    Appellant

v.

United States Department of Commerce
and United States Department of State,

    Appellees

## O R D E R

Upon consideration of the stipulation for dismissal of this appeal, it is

**ORDERED** that the Clerk note on the docket that this case is dismissed. No mandate will issue.

                        **FOR THE COURT:**
                        Mark J. Langer, Clerk

                BY:   /s/
                        Mark A. Butler
                        Deputy Clerk

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk